E-FILED; Anne Arundel Circuit Cour
Docket: 3/2/2025 8:52 PM; Submission: 3/2/2025 8:52 PM
Envelope: 2018460

| | | |
|---|---|---|
| ERIC HEMPHILL AND, | * | IN THE |
| EVAN HEMPHILL | | |
| Plaintiffs, | * | CIRCUIT COURT FOR |
| | | |
| v. | * | ANNE ARUNDEL COUNTY, |
| | | |
| INDIAN CREEK SCHOOL, et al., | * | MARYLAND |
| 1130 Anne Chambers Way | | |
| Crownsville, Maryland 21207 | * | **JURY TRIAL DEMAND** |
| | | |
| ELIZA McLAREN | * | Case No.      C-02-CV-25-000651 |
| 1130 Anne Chambers Way | | |
| Crownsville, Maryland 21207 | * | |
| | | |
| JIMMY LITTLE | * | |
| 1130 Anne Chambers Way | | |
| Crownsville, Maryland 21207 | * | |
| | | |
| FREDDIE NEWMAN | * | |
| 1130 Anne Chambers Way | | |
| Crownsville, Maryland 21207 | * | |
| | | |
| TODD KERR | * | |
| 1130 Anne Chambers Way | | |
| Crownsville, Maryland 21207 | * | |
| | | |
| BOOTH KYLE | * | |
| 1130 Anne Chambers Way | | |
| Crownsville, Maryland 21207 | * | |
| | | |
| RACHEL BARR | * | |
| 1130 Anne Chambers Way | | |
| Crownsville, Maryland 21207 | * | |
| | | |
| SAGE DINING SERVICES, INC., | * | |
| 1402 York Road, Lutherville, MD 21093 | | |
| | | |
| BROCK & COMPANY, INC., | * | |
| 257 Great Valley Pkwy, Malvern, | | |
| PA 19355, United States, | * | |
| | | |
| BOARD OF TRUSTEES & EXECUTIVE | * | |
| TEAM OF INDIAN CREEK SCHOOL, | | |

Defendants.                                    *

*       *       *       *       *       *       *       *       *       *       *

## COMPLAINT

COMES NOW Plaintiffs, Eric Hemphill and Evan Hemphill, pro se, and brings this action against Indian Creek School ("ICS"), Sage Dining Services, Inc. ("SAGE"), Brock & Company Inc. ("Brock") the Board of Trustees and the Executive Team of ICS (collectively, "Defendants"), for retaliation, breach of contract, tortious interference, defamation, whistleblower retaliation, obstruction of justice, violation of Maryland and federal RICO laws, mail fraud and wire fraud. In support thereof, Plaintiffs state as follow:

## PARTIES

1. Plaintiff Eric Hemphill is a resident of Baltimore City, Maryland, and a former employee of SAGE Dining Services, Inc., assigned to work at Indian Creek School from 2015 to 2024.

2. Plaintiff Evan Hemphill is a resident of Baltimore City, Maryland, and a former student-athlete and student worker at Indian Creek School.

3. Defendant Indian Creek School ("ICS") is a private educational institution located in Anne Arundel County, Maryland.

4. Defendant ELIZA McLAREN ("McLaren") Former Associate Head of School at Indian Creek School.

5. Defendant JIMMY LITTLE ("Little") is a Basketball Coach at Indian Creek School.

6. Defendant FREDDIE NEWMAN ("Newman") is the Athletic Director at Indian Creek School.

2

7. TODD KERR ("Kerr") is the Assistant Athletic Director at Indian Creek School.

8. BOOTH KYLE ("Kyle") is the Head of School at Indian Creek School.

9. RACHEL BARR ("Barr") is the Chief of Staff at Indian Creek School.

10. Defendant SAGE Dining Services, Inc. ("SAGE") is a corporation engaged in providing food services to schools, including ICS, and was the employer of Plaintiff Eric Hemphill.

11. Defendant Brock & Company, Inc. ("Brock") is a food service management company that began discussions with ICS soon after Plaintiff Eric Hemphill filed his lawsuit and played a role in replacing SAGE Dining Services at ICS, despite the existence of a valid contract between ICS and SAGE.

12. Defendants, the Board of Trustees and Executive Team of ICS, are individuals responsible for the governance and operations of ICS, including the decisions leading to the unlawful actions described herein.

## JURISDICTION AND VENUE

13. This Court has jurisdiction pursuant to Md. Code, Cts. & Jud. Proc. § 6-102 and 6-103 as the wrongful acts occurred in Maryland, Additionally, federal jurisdiction is proper under 18 U.S.C. § 1964(c) for civil RICO claims and under 18 U.S.C. § 78u-6(h)(1) for whistleblower retaliation claims.

14. Venue is proper under Md. Rule 2-101 because Defendants conduct regular business in Anne Arundel County and the causes of action arose at Indian Creek School. located at 1130 Anne Chambers Way. Crownsville, Maryland 21032.

## FACTS

9. Eric Hemphill's Tenure at ICS from 2015-2023, Plaintiff Eric Hemphill was employed by

SAGE Dining Services, Inc. as the Food Service Director at ICS for nearly a decade. Throughout his tenure, Eric received high praise from parents, faculty, students, and the ICS administration. Plaintiffs Eric elevated the school dinning program and became a valued member of the ICS community.

10. Plaintiff Evan Hemphill on or about December 2023 files a lawsuit against Indian Creek School (ICS) alleging misconduct, retaliation, and violations under Maryland's RICO statutes.

11. In March 2024, Plaintiff Eric Hemphill begins raising concerns when he became aware of concerning financial practices, compliance violations, misconduct at ICS and expressed these concerns to key school officials. Eric also voiced concerns about improper hiring, regulatory violations, and discriminatory treatment of employees.

12. On or about May 19, 2024, Eric Hemphill formally files an EEOC complaint against ICS for discrimination, retaliation and other unlawful practices at ICS. ICS became aware of this complaint shortly thereafter began to retaliate against Eric Hemphill.

13. In June 2024, Plaintiffs met with Criminal Investigative Division (CID) investigators regarding allegations of misconduct, fraud and retaliation at ICS. ICS became aware of this investigation and intensified its retaliatory efforts.

14. In July 2024, ICS's Retaliation begins the EEOC complaint and CID meeting, ICS officials began fabricating negative performance complaints against the Eric Hemphill. ICS sent knowingly false and misleading emails to SAGE Dining Services, alleging Eric was failing in his duties despite years of outstanding performance.

15. Text messages between Keith, a representative of Brock & Company, and ICS officials demonstrate that negotiations to replace SAGE Dining Services were already underway before SAGE's contract termination, establishing a coordinated scheme of tortious interference.

16. In August 2024, ICS pressured SAGE to terminate Eric Hemphill, using fraudulent claims

4

of poor performance as pretext. SAGE acting in concert with ICS issued an adverse employment action letter and terminated Eric Hemphill's employment.

17. On October 16, 2024, The Plaintiffs filed counterclaims in the original litigation against ICS for defamation, breach of contract, and retaliation. These counterclaims were struck without leave to amend on December 6, 2024, despite ICS providing no substantive evidence in support of their allegations.

18. In January 2025, The Hemphill's request electronic discovery from ICS under Maryland Rule 2-402, specifically requesting:

   • ICS's internal communications regarding Eric Hemphill.
   • Emails between ICS and SAGE regarding Eric's termination.
   • Financial records concerning the SAGE contract termination.

   ICS refused to provide this information, violating discovery obligations and further concealing their unlawful actions.

19. Now, in February 2025, Plaintiffs filed this lawsuit against ICS, SAGE, Brock and ICS's Board of Trustees and Executive Team, asserting RICO violations, retaliation, defamation, breach of contract, and whistleblower claims.

## ONGOING CRIMINAL ENTERPRISE & CONTINUING HARM

20. The defendants' unlawful actions continue to harm Plaintiffs because litigation arising from ICS, SAGE, and Brock's misconduct is still pending, causing ongoing financial and reputational damage to Plaintiffs.

21. ICS's actions resulted in fabricated claims, wrongful termination and defamation, leading to current and future financial instability for Eric Hemphill and continued reputational harm for Evan Hemphill.

22. ICS's refusal to comply with discovery obligations further perpetuates the cover-up, obstructing Plaintiff's ability to present a full and fair case.

5

23. The harm caused by defendants is ongoing because:

- Plaintiffs continue to suffer reputational, financial and emotional harm as a direct result of Defendants prior misconduct.
- Pending litigation including wrongful defamation claims, further exacerbates the ongoing injury.
- Defendants' refusal to provide discovery and suppression of key evidence continues to obstruct justice.

24. This ongoing conduct establishes a continuing RICO violation because the fraudulent scheme, retaliation, and coordinated interference have not ceased and continue to impact Plaintiffs negatively.

## EVIDENCE OF FRAUD & CONSPIRACY

The following evidence establishes ICS's fraudulent and retaliatory conduct:

25. Internal emails between ICS and SAGE show ICS fabricated negative performance complaints about Eric Hemphill.

26. Eric Hemphill's documented performance history contradicts ICS's claims.

27. SAGE's internal correspondence confirms that ICS's actions directly influenced Eric Hemphill's termination.

28. The sudden termination of the SAGE contract, shortly after Eric filed an EEOC complaint and met with investigators which proves retaliation.

## COUNT 1
## RETALIATION (Md. Code, Lab. & Empl. § 5-305)
### *(Against ICS and SAGE)*

6

29. ICS and SAGE retaliated against Eric Hemphill for engaging in protected activity, including filing an EEOC complaint and speaking with investigators.

30. As a direct result, Eric Hemphill lost his employment, suffered financial damages, and experienced emotional distress.

31. Evan Hemphill was subjected to unfair disciplinary actions, suspension, and exclusion from school activities without just cause after his father's whistleblowing.

## COUNT II
## BREACH OF CONTRACT (Against SAGE and ICS)

32. Plaintiff Eric Hemphill was employed under the terms of an agreement with SAGE Dining Services, which was contracted to serve ICS.

33. SAGE breached its agreement by terminating Eric Hemphill's employment without just cause, acting at the direction of ICS.

34. ICS's improper termination of the contract with SAGE caused Eric Hemphill's job loss, violating the implied covenant of good faith and fair dealing.

35. Defendant SAGE terminated Eric Hemphill's employment as a direct result of protected whistleblower activity. ICS's termination of the SAGE contract was retaliatory, aimed at causing Plaintiffs wrongful discharge.

## COUNT III
## TORTIOUS INTERFERENCE (Against ICS and Brock)

36. Defendant Brock & Company, Inc. engaged in discussions with ICS officials prior to SAGE's termination as evidenced by written attempt to interfere with a valid contractual agreement.

7

37. This constitutes tortious interference as it induced a breach of a legally binding contract.

# COUNT IV
## DEFAMATION
### (Against ICS and Board Members)

38. ICS administrators and board members made false statements regarding Plaintiffs that damaged their reputations.

39. Defendant ICS falsely accused Plaintiffs of operating the website "Surviving Indian Creek School" and sending defamatory emails, stating to SAGE and third parties that Plaintiffs engaged harassment and misconduct.

40. ICS communicated defamatory statements to SAGE, leading to Eric Hemphill's wrongful termination.

# COUNT V:
## RICO VIOLATIONS (18 U.S.C. § 1961 et seq.)
### (Against ICS, SAGE, Brock and Individual Defendants)

- The RICO enterprise consists of Indian Creek School officials, SAGE Dining Servies, Brock & Company, and their legal representative, who conspired to engage in:
- Wire fraud (18 U.S.C. § 1343),
- Mail fraud (18 U.S.C. § 1341)
- Obstruction of justice (18 U.S.C. § 1503).
- Retaliation against a whistleblower (18 U.S.C. § 1513)

41. The conspiracy included ICS leadership, SAGE executives and Brock & Company, Inc.

42. ICS and SAGE officials used emails, phone calls, and digital records to execute this scheme, including:
    - Concealing financial mismanagement at ICS.

8

- Fraudulently terminating SAGE's contract to retaliate against Eric Hemphill.
- Disseminating false information about Plaintiffs.

43. The RICO enterprise included ICS leadership, SAGE executives, and board members, all working together to retaliate against whistleblowers.

## COUNT VI
## WHISTLEBLOWER RETALIATION (Md. Code, Lab. & Empl. § 5-604)
### (Against ICS and SAGE)

44. Plaintiffs engaged in protected whistleblower activity by reporting ICS's financial mismanagement, daycare licensing violations a retaliatory conduct.
   - ICS pressured SAGE to terminate Eric Hemphill's employment.
   - ICS subjected Evan Hemphill to Eric Hemphill to unfair disciplinary measures, including suspension without due process.

45. Defendants' retaliation also extends to Evan Hemphill who was suspended and subjected to disciplinary actions as part of a broader effort to silence the Plaintiffs.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs demand judgment against Defendants, jointly and severally, and request the following relief:

1. $ 200 Millions in damages for retaliation, defamation, fraud and RICO violation.
2. Punitive damages for Defendants' wilful misconduct.
3. Treble damages under RICO statutes.
4. A full accounting of all financial agreements between ICS, SAGE and Brock.
5. An order reinstating Eric Hemphill or awarding lost wages.
6. Injunctive relief preventing further retaliation or defamation.
7. Any other relief deemed just and proper by this Court.

**Respectfully Submitted,**

9

**Dated:**

**Affirmation:**

I Eric Hemphill the undersigned, hereby affirm under the penalties of perjury that the allegations and statements contained in this Complaint are true and correct to the best of our knowledge, information, and belief.

3/2/2025

**Eric Hemphill (Pro Se)**
3712 Hillsdale Road
Gwynn Oak, Maryland 21207
Email:ehemp10303.eh@gmail.com

**Affirmation:**

I Evan Hemphill the undersigned, hereby affirm under the penalties of perjury that the allegations and statements contained in this Complaint are true and correct to the best of our knowledge, information, and belief.

3/2/2025

**Evan Hemphill (Pro Se)**
3712 Hillsdale Road
Gwynn Oak, Maryland 21207
Email:

## Exhibit List

- **Exhibit A** – Text messages between Brock & Company and SAGE Dining Services regarding the replacement of SAGE at ICS.

- **Exhibit B** – Internal complaints and documents concerning SAGE Dining Services, including false performance claims made by ICS.

- **Exhibit C** – Emails between SAGE officials and Eric Hemphill discussing the false allegations made by ICS and the reasoning behind SAGE's contract termination.

- **Exhibit D** – Evan Hemphill's suspension records from ICS, including disciplinary actions taken against him.

- **Exhibit E** – Space utilization documents showing ICS's violations, along with complaints from both Evan and Eric Hemphill regarding misconduct and regulatory non-compliance at ICS.

- **Exhibit F** – Formal complaints from Evan and Eric Hemphill concerning retaliation by ICS, including adverse actions taken against them following their protected activities.

- **Exhibit G** – Brock & Company and ICS correspondence regarding food service transition and negotiations.

- **Exhibit H** – Relationship details and contractual discussions between Brock & Company and ICS concerning the replacement of SAGE Dining Services.

- **Exhibit I** – Evan Hemphill's timesheets showing employment status and work performed at ICS.

- **Exhibit J** – Case history of legal actions involving Eric and Evan Hemphill and ICS, demonstrating an ongoing pattern of misconduct and obstruction.

- **Exhibit K** – Correspondence and meeting records involving the Criminal Investigations Division (CID) regarding fraud and misconduct at ICS.

- **Exhibit L** – EEOC complaint filed by Eric Hemphill on May 19, 2024, alleging discrimination and retaliation.

- **Exhibit M** – Holiday card from ICS praising Eric Hemphill and SAGE Dining Services, demonstrating their prior positive assessment of his work performance.

- **Exhibit N** – Resignation letter submitted under duress by Eric Hemphill, evidencing retaliation and constructive termination.

E-FILED; Anne Arundel Circuit Cour
DocketDt2Net26242022.48 PM; Submission; 02/13/2025 2:22 PM
Envelope: 20185620

# Exhibit A

Text messages between al'Ana Davis and
Keith Long.



12:36

**Keith Long**

Do you know what's considered a Chef Manager 2 ?
11:07 AM

This is the location in Tyson's?    11:09 AM

It says Reisterstown
11:10 AM

Oh ok let me check.    11:13 AM

Do you have time to chat?    11:17 AM

Yeah I have time
11:28 AM

Thursday, March 21

Hey 👋 did I see u at Indian Creek vs Annapolis Area lacrosse game
5:17 PM

Maybe... who's winning?    8:05 PM

Heard you had a nice conversation with James and Michelle
9:13 PM

I have not a clue I left and went to bed lol.
9:38 PM

Yeah, I got to visit last week it was nice
9:39 PM

Great.    9:45 PM



12:36 🗨 Ⓜ ▶ ·                    ⚹ ✕ ⊡ ⏺ 10%

< 🅚 **Keith Long** ⌄                    ⋮

Thursday, March 7

Hey there , I see online there are
some open advertisements for Brock.
Do you know what's considered a
Chef Manager 2 ?
11:07 AM

This is the location in Tyson's?    11:09 AM

                    It says Reisterstown
11:10 AM

Oh ok let me check.    11:13 AM

Do you have time to chat?    11:17 AM

                    Yeah I have time
11:28 AM

Thursday, March 21

Hey 🌿 did I see u at Indian Creek vs
Annapolis Area lacrosse game
5:17 PM

Maybe... who's winning?    6:05 PM

Heard you had a nice conversation
with James and Michelle
                    9:13 PM

            I have not a clue I left and went to bed
            lol.
9:38 PM

Yeah I got to visit last week it was

🖼  ⧉  ＋              ☺    ⅰⅼⅰⅼ

        ⫿⫿⫿        ◯        <

2





Contact

www.linkedin.com/in/keith-long-08971b7 (LinkedIn)

Top Skills
Chef
Menu Development
Food Safety

Certifications
Food Protection Manager
Certification

# Keith Long

Director of Culinary Innovation at Brock & Company, Inc.
United States

## Summary

Keith thrives in a position of change where problem solving and extremely high levels of standards are expected. Preparation is the starting point but an ability to quickly adapt to a changing environment while maintaining calm and achieving a high level of excellence have enabled Keith to rise quickly in the culinary industry.

## Experience

**Brock & Company, Inc.**
6 years 8 months

Director of Culinary Innovation
August 2022 - Present (1 year 10 months)
Mid Atlantic

Chef Manager
October 2017 - September 2022 (5 years)
SiriusXM washington DC

Running all aspect of in house cafe at SiriusXM. Opened new dining program with full set of equipment. Provided in-house catering for groups from 15 - 700. Maintain costs and sales goals while updating offerings to bring higher standards and increase our per person coverage average as well as our overall cover counts per day. Serve on the board of chefs to write new menus and proposals for new business at Brock Corporate as well as traveling to work large parties at other Brock accounts. Helped open and support multiple new accounts and rebrands with corporate culinary team.

Harvest wood grill + tap
Operator and Executive Chef
November 2015 - November 2017 (2 years 1 month)
Annapolis, Maryland

Took over currently operating business and rebranded. Created all aspects of new brand from website and social media development to all graphics and branding content. Increased sales by 22% while maintaining an overall cost of goods sold of 29.1% over one year. Created marketing campaigns which



included print and online ads, social media as well as industry events to create brand awareness and drive new sales.

### Bryan Voltaggio Restaurants
Chef de Cuisine
December 2014 - November 2015 (1 year)
Baltimore, Maryland, United States

Successfully opened and ran all aspects of BOH operation. Worked closely with Chef Voltaggio and Cooperate Chef Graeme Ritchie on menu development. Ran 28% food cost for duration of time at restaurant.

### Factors Row & 26 restaurant
Executive Chef and General Manager
April 2013 - December 2014 (1 year 9 months)

Responsible for all aspect of BOH and FOH. Management of staff of up to 60 individuals and up to 5 managers who report directly. Driving branding concept and all marketing material along with menu development for both restaurants. Working directly with owner on P&L reports, declining balance budgets, food costing and all other financial aspects. Representation of the restaurant at multiple demos, contests and festivals. Managing all aspects of social media and web site development. Working closely with local farmers and watermen to attain almost exclusive local sourcing.

### 208 talbot and brasserie brightwell
Chef de cuisine
2010 - 2013 (3 years)
St michaels/ Easton Md

Ran all aspects of kitchen and food preparation. Responsible for maintaining a monthly declining balance budget, reaching P&L goals and proper labor budgets for front and back of house operations. Responsible for hiring and firing all staff. Managed and trained all employees as well as managed a team of four assistant managers. Responsible for weekly menu development and event menus as well as daily specials. Menu and special development with owner maintaining a completely new menu ever 2-3 weeks on average. Responsible for maintaining relationships with VIPs, including special menu requests and private parties.

## Education

University of Maryland



Bachelor of Arts - BA, Economics · (2005 - 2007)

Coastal Carolina University
· (2003 - 2005)

𝟓

7

E-FILED; Anne Arundel Circuit Cour
DocketDtock61202420224 820 ;3Udb8mbeiiessid12/16202252 2:22 PM
Envelope: 29186620

# Exhibit B

# Complaints concerning SAGE Dining.

1

Re: EXT - FW: Lunch

al'Ana Davis <adavis@sagedining.com>
Mon 4/15/2024 3:28 PM
To:Rachel Barr <rbarr@indiancreekschool.org>;Eric Hemphill <ehemphill@sagedining.com>
Hi Rachel,

Sure , no problem ! We typically don't put all the food away before 1:30 unless the cafeteria is pretty much empty. Lunch was over and I gave a teacher more fries upon his request. Besides a few normal late comers, the only person I saw come into the cafeteria was Mrs. McLaren. Lately she has been coming to multiple lunches , so I thought she was doing a final lunch walk through for the day.  Normally, staff and faculty come peak their heads in and ask for lunch if they are in need of anything , so it's unclear why someone left campus.
Please let me know if you need anything else regarding this matter .

Thanks,

al'Ana Davis|Assistant Food Service Director
Sage Dining Services
Indian Creek School
1130 Anne Chambers Way
Crownsville MD 21032
P. 410.849.5181

rom: Rachel Barr <rbarr@indiancreekschool.org>
ent: Monday, April 15, 2024 1:24 PM
o: Eric Hemphill <ehemphill@sagedining.com>; al'Ana Davis <adavis@sagedining.com>
ubject: EXT - FW: Lunch

i Eric and al'Lana.

ould we please keep at least one lunch line open until 1:20?  We really do have faculty that wait until the last inute.

rank you.

achel

om: Eliza McLaren <EMcLaren@indiancreekschool.org>
nt: Monday, April 15, 2024 1:15 PM
Rachel Barr <rbarr@indiancreekschool.org>
ject: Lunch

l - no lunch as of 1:10. A faculty member had to leave to go get lunch off campus.

2

**RE: EXT - FW: Feedback**

Rachel Barr <rbarr@indiancreekschool.org>
Thu 4/25/2024 8:14 AM
To:al'Ana Davis <adavis@sagedining.com>;Eric Hemphill <ehemphill@sagedining.com>
Hi al'Ana and Eric,

Thank you so much for your response. I agree that student feedback isn't always an accurate representation of
what is actually happening. I will connect with US admin to see what the disconnect is.

Thanks again for all that you do!

Rachel

From: al'Ana Davis <adavis@sagedining.com>
Sent: Wednesday, April 24, 2024 4:42 PM
To: Rachel Barr <rbarr@indiancreekschool.org>; Eric Hemphill <ehemphill@sagedining.com>
Subject: Re: EXT - FW: Feedback

CAUTION: This email originated from outside of Indian Creek School. **DO NOT CLICK** links or open attachments
unless you recognize the sender and know the content is safe.

Hi Rachel ,

I'm seeing that the time on these emails is before 12:30 , which is before US lunch . Are you referring to
yesterday's lunch or today's lunch? Since your last email , we have not put lunch away until after 1:20 pm
each day. Please refer to cameras if need be. Might I add , Mrs. McLaren has come to the cafeteria
around this time to "grab a bowl of soup" the last few days . Today for example , she came around the
1:20 pm deadline (which had a full line of food) and grabbed soup and a cookie. I repeat ,check cameras if
need be.  Please let me know if there is any confusion on the definition of " no food out". We have kept the
hot station, the cold station, and the teacher's salad/deli bar out (I repeat, Ms. McLaren partook in today).
The same way students and faculty go to one station for dessert and one station for build your own salad/
deli and there are any complaints . it is implied that they will do the same with one line/one side of the
cafeteria after everyone has eaten and the majority has trickled out of the cafeteria. We have specifically
chosen the front side of the cafeteria because those are the doors that all of our late comers come in
through.  The end of the school year is approaching , and not only have we been using this system since
the school year started with no complaints , but we've used this same system last year as well. Is there
something I'm missing ? Please let me know if there is anything that I can do to clear up or bring a
resolution to this situation.

Thanks,

al'Ana Davis|Assistant Food Service Director

Sage Dining Services

Indian Creek School

1130 Anne Chambers Way

Crownsville MD 21032

3

r. 410.649.3181

**From:** Rachel Barr <rbarr@indiancreekschool.org>
**Sent:** Wednesday, April 24, 2024 12:27 PM
**To:** Eric Hemphill <ehemphill@sagedining.com>; al'Ana Davis <adavis@sagedining.com>
**Subject:** EXT - FW: Feedback

Eric and al'Ana,

Can you make sure that food stays out until 1:20? I know this extends clean up time but the expectation is that our US lunch period is from 12:40 to 1:20 each day.

Thank you,

Rachel

**From:** Eliza McLaren <EMcLaren@indiancreekschool.org>
**Sent:** Wednesday, April 24, 2024 12:26 PM
**To:** Rachel Barr <rbarr@indiancreekschool.org>
**Subject:** Feedback

Rachel, a group of 9th graders came to me today to say that "the food is always put away before 1". Not sure this is true, but passing along.

Eliza McLaren
Associate Head of School & Upper School Principal
emclaren@indiancreekschool.org
*Sent from mobile device*

4

2

E-FILED; Anne Arundel Circuit Cour
DocketDt2M6t26242022a4750;73ldt9mieriiessid2t13z2025188:32 PM
Envelope: 20198620

# Exhibit C

Emails between SAGE officials and Eric
Hemphill.



# Thomas Ankner

Vice President of Operations

 ✉ 😐 ...

Overview    Contact    Organization    Files    Messages

## Contact information

✔ Available · Free until 10:00 AM          🕐 9:51 AM – Same time zone a...          📇 8:00 AM – 5:00 PM (GMT-4)

✉ Email
tankner@sagedining.com

😐 Chat
tankner@sagedining.com

📞 Work phone
(718) 362-0551

👤 Job title
Vice President of Operations

👥 Add to contacts

2

Re: Indian Creek School

Eric Hemphill <ehemphill@sagedining.com>
Mon 5/13/2024 1:38 PM
To:Kevin Mitchell <kmitchell@sagedining.com>;Thomas Ankner <tankner@sagedining.com>
Hey Kevin

No there is nothing else I can think of. The things that they complained about just didn't happen.

We have used the operating calendar as guidance for all catering. We have at times still catered events on days we were supposed to be off. We didn't turn down any catering.

We didn't get any notice or complaints concerning the snacks in the snack shack. They had complete oversight over the snack and received the income from the snack store.

We had no control over the food truck, our job was to simply operate the truck. It was up to ICS to give us a schedule as to when the truck should be open. Last year they provided us with an operating schedule for the truck and this year they didn't. I've asked them all year when the truck was opening and they didn't have an answer.

There is no reason I can come up with.

Thanks,
Eric


Eric Hemphill\Food Service Director
Sage Dining Services
Indian Creek School
1130 Anne Chambers Way
Crownsville MD 21032
P. 410.849.5181
C. 443.519.8960

---

From: Kevin Mitchell <kmitchell@sagedining.com>
Sent: Monday, May 13, 2024 9:37 AM
To: Eric Hemphill <ehemphill@sagedining.com>; Thomas Ankner <tankner@sagedining.com>
Subject: Re: Indian Creek School

Morning Eric,
    After our conversation, is there anything else that you can think of that would make Indian Creek want to get out of the contract early?



Thanks,

Kevin Mitchell
District Manager
Mid-Atlantic Region
SAGE Dining Services®

3

Eric Hemphill\Food Service Director

Sage Dining Services

Indian Creek School

1130 Anne Chambers Way

Crownsville MD 21032

P. 410.849.5181

C. 443.519.8960

From: Stacy Lancaster <slancaster@indiancreekschool.org>
Sent: Wednesday, April 17, 2024 8:34 AM
To: Eric Hemphill <ehemphill@sagedining.com>; al'Ana Davis <adavis@sagedining.com>
Cc: Rachel Barr <rbarr@indiancreekschool.org>
Subject: EXT - Can we still have the Cookies for today?

Ms. Barr would like to give them to her advisory even though Cookies with Ms. McLaren is canceled.
Thanks!
stacy

## EXT - Re: After Care today

Rachel Barr <rbarr@indiancreekschool.org>

Thu 12/7/2023 2:19 PM

To:Freddie Newman <fnewman@indiancreekschool.org>;Allison Vaughn <avaughn@indiancreekschool.org>;Erika Strickland <estrickland@indiancreekschool.org>;Isaiah Noreiga <inoreiga@indiancreekschool.org>
Cc:Dining Services <Dining@indiancreekschool.org>

Freddie,

MS after care has the back of the Cafeteria and given the sizes of our two groups, we cannot relocate. I am happy to discuss some possibilities if needed.

Rachel

Get Outlook for Android

---

From: Freddie Newman <fnewman@indiancreekschool.org>
Sent: Thursday, December 7, 2023 1:45:29 PM
To: Allison Vaughn <avaughn@indiancreekschool.org>; Erika Strickland <estrickland@indiancreekschool.org>; Isaiah Noreiga <inoreiga@indiancreekschool.org>
Cc: Dining Services <Dining@indiancreekschool.org>; Rachel Barr <rbarr@indiancreekschool.org>
Subject: After Care today

All,

My apologies for the late notice. We are adoring concessions for the game today starting at 4:00pm. If after care could be more in the back of the cafeteria, I would greatly appreciate it!

Let me know if you have any issues with this and I will work with you all

Thanks!

---

**Fredrica Newman**
Athletic Director
Pronouns: she/her/hers
P: 410-849-5151


**INDIAN CREEK SCHOOL**

1130 Anne Chambers Way
Crownsville, MD 21032

INDIANCREEKSCHOOL.ORG

5

## RE: EXT - RE: Concessions Menu

Tyler Larkin <tlarkin@indiancreekschool.org>
Mon 11/27/2023 9:43 AM
To:Eric Hemphill <ehemphill@sagedining.com>;al'Ana Davis <adavis@sagedining.com>
Let's talk about the next days for concessions. I'm thinking...

December 7, 8, 11, 15

I'll stop by today because I know you missed me!

Regards,
Tyler

**From:** Eric Hemphill <ehemphill@sagedining.com>
**Sent:** Monday, November 20, 2023 3:24 PM
**To:** Tyler Larkin <tlarkin@indiancreekschool.org>; al'Ana Davis <adavis@sagedining.com>
**Subject:** Re: EXT - RE: Concessions Menu

**CAUTION:** This email originated from outside of Indian Creek School. **DO NOT CLICK** links or open attachments unless you recognize the sender and know the content is safe.

$712

Food Service Director
Indian Creek School
1130 Anne Chambers Way
Crownsville MD 21032
(443) 519-8960
E.Hemphill@Sagedining.com

**From:** Tyler Larkin <tlarkin@indiancreekschool.org>
**Sent:** Monday, November 20, 2023 1:51:51 PM
**To:** al'Ana Davis <adavis@sagedining.com>; Eric Hemphill <ehemphill@sagedining.com>
**Subject:** EXT - RE: Concessions Menu

How did we do with concessions?

**From:** al'Ana Davis <adavis@sagedining.com>
**Sent:** Friday, November 17, 2023 12:06 PM
**To:** Tyler Larkin <tlarkin@indiancreekschool.org>; Eric Hemphill <ehemphill@sagedining.com>
**Subject:** Concessions Menu

**CAUTION:** This email originated from outside of Indian Creek School. **DO NOT CLICK** links or open attachments unless you recognize the sender and know the content is safe.

Hey Tyler ,
Here's the menu for today

6

Cheeseburgers $ 5
Cheesesteaks $ 7
Wings $7
Fries   $3
Chips $ 1
Candy $ 2
Cookies $ 1
Slushy's$ 3
Water $2
Soda $2
Gatorade $2

al'Ana Davis\Assistant Food Service Director

Sage Dining Services

Indian Creek School

1130 Anne Chambers Way

Crownsville MD 21032

P. 410.849.5181

## Re: EXT - Wednesday, December 6th vs. Park

Eric Hemphill <ehemphill@sagedining.com>
Mon 12/4/2023 4:52 PM
To:Tyler Larkin <tlarkin@indiancreekschool.org>;al'Ana Davis <adavis@sagedining.com>
Cc:Freddie Newman <fnewman@indiancreekschool.org>

Yes, that works. Thank you!

Food Service Director
Indian Creek School
1130 Anne Chambers Way
Crownsville MD 21032
(443) 519-8960
E.Hemphill@Sagedining.com

From: Tyler Larkin <tlarkin@indiancreekschool.org>
Sent: Monday, December 4, 2023 3:53:24 PM
To: Eric Hemphill <ehemphill@sagedining.com>; al'Ana Davis <adavis@sagedining.com>
Cc: Freddie Newman <fnewman@indiancreekschool.org>
Subject: Re: EXT - Wednesday, December 6th vs. Park

That's ok. That still works. You good with it?

From: Eric Hemphill <ehemphill@sagedining.com>
Sent: Monday, December 4, 2023 3:40:35 PM
To: Tyler Larkin <tlarkin@indiancreekschool.org>; al'Ana Davis <adavis@sagedining.com>
Cc: Freddie Newman <fnewman@indiancreekschool.org>
Subject: Re: EXT - Wednesday, December 6th vs. Park

**CAUTION:** This email originated from outside of Indian Creek School. **DO NOT CLICK** links or open attachments unless you recognize the sender and know the content is safe.

Hey

The schedule is showing Thursday for Park.

Thanks

Eric Hemphill\Food Service Director
Sage Dining Services
Indian Creek School
1130 Anne Chambers Way
Crownsville MD 21032
P. 410.849.5181
C. 443.519.8960

From: Tyler Larkin <tlarkin@indiancreekschool.org>
Sent: Monday, December 4, 2023 3:19 PM

8

‌⸺⸺⸺⸺⸺⸺⸺⸺⸺⸺ <chchpham@sageuning.com>, at Alta Davis <adavis@sageuning.com>
**Cc:** Freddie Newman <fnewman@indiancreekschool.org>
**Subject:** EXT - Wednesday, December 6th vs. Park

Hey Bosses,

Let's do concessions on Wednesday vs. Park.

Games are 4:30pm and 6:00pm. Start concessions at 4:00pm and end at 7pm.

Thanks, and let me know.

Regards,
Tyler

Re: EXT - Food trailer

Eric Hemphill <ehemphill@sagedining.com>
Fri 12/8/2023 2:04 PM
To:Rachel Barr <rbarr@indiancreekschool.org>

We will take care of it.


Eric Hemphill\Food Service Director
Sage Dining Services
Indian Creek School
1130 Anne Chambers Way
Crownsville MD 21032
P. 410.849.5181
C. 443.519.8960

---

From: Rachel Barr <rbarr@indiancreekschool.org>
Sent: Friday, December 8, 2023 9:51 AM
To: Eric Hemphill <ehemphill@sagedining.com>
Subject: EXT - Food trailer

Eric,


Now that the food trailer is winterized, I would like to unplug the unit from the power supply. Could you please ensure that all good is removed from the trailer?

Thanks!

Rachel

E-FILED; Anne Arundel Circuit Cour
DocketDt2Me(202420224.8 PM FMctBmisnibssid2/1592002512:32 PM
Envelope: 20185620

# Exhibit D

Evan Hemphill's suspension records.

Evan Hemphill

3712 Hillsdale Rd.

Gwynn Oak, MD 21207

evan.hemp@gmail.com


May 28, 2024


Matthew McCormick

Middle School Principal

Indian Creek School

1130 Anne Chambers Way

Crownsville, MD 21032


Dear Mr. McCormick,


I am writing in response to your email dated May 27, 2024, regarding the investigation and subsequent disciplinary action taken against me. I hereby formally appeal the decision to suspend me from all school activities and campus indefinitely. Additionally, I am notifying you of my intention to pursue an outside appeal due to the violations of my rights and protections under both state and federal law.


The allegations against me are unfounded and appear to be a retaliatory response to my recent legal actions against Indian Creek School. I believe that this disciplinary action violates my First Amendment rights, as it punishes me for exercising my freedom of speech. The communications in question were intended to bring attention to legitimate concerns and grievances and should not be construed as disrespectful behavior.


2

Moreover, this action constitutes further retaliation against me following my whistleblower complaint and ongoing legal matters against Indian Creek School. As a whistleblower, I am entitled to protections against retaliation under both state and federal law. Retaliation for raising concerns about misconduct and safety violations within the school is unlawful and undermines the integrity of the educational environment.

Additionally, I am a pro se litigant, representing myself in legal matters outside of school. My activities as a pro se lawyer outside of school cannot be scrutinized or penalized by the defendants while I am outside of school. Any attempt to do so is an overreach and an infringement upon my legal rights and personal freedoms.

I also wish to highlight that the indefinite suspension and the potential threat of expulsion for any future alleged violations are disproportionate and unjust. This decision, based on unsubstantiated claims, further exemplifies the retaliatory actions taken against me for my efforts to seek justice and accountability.

Furthermore, any future litigation against Indian Creek School will be accompanied by a RICO enhancement based on the school's ongoing criminal activities. The school's actions not only constitute retaliation but also demonstrate a pattern of racketeering activity that violates the Racketeer Influenced and Corrupt Organizations Act (RICO).

Additionally, I must emphasize that the school cannot definitively prove the origins of the press release in question, only that I spoke to the press and disseminated information already released by the press. Any attempt to attribute the creation of the press release to me without concrete evidence is not only unfair but also a violation of my rights. Moreover, to take action based on these statements, you would have to disprove their veracity.

In light of these considerations, I respectfully request that the suspension be immediately lifted and that my right to participate in all remaining school activities, including graduation, be reinstated. I also request a thorough and impartial review of the circumstances surrounding this disciplinary action to ensure that my rights are fully protected.

3

Please acknowledge receipt of this letter and confirm the steps that will be taken to address my appeal. I expect a prompt and fair resolution to this matter, failing which I will be compelled to pursue further legal action to protect my rights and seek redress for the retaliation I have endured.

Thank you for your attention to this urgent matter.

Sincerely,

Evan Hemphill

3712 Hillsdale Rd

Gwynn Oak Md 21207

evan.hemp@gmail.com

Enclosures:

1. Copy of May 27, 2024, email from Matthew McCormick.

2. Documentation related to the whistleblower complaint, 2 retaliation letters, and ongoing legal actions.

5/28/24, 7:38 AM

Gmail - Email Communications

 Gmail

Eric H <ehemp10303.eh@gmail.com>

## Email Communications

1 message

**Matt McCormick** <mmccormick@indiancreekschool.org>
To: "Evan.hemp@gmail.com" <Evan.hemp@gmail.com>
Cc: "Ehemp10303.eh@gmail.com" <Ehemp10303.eh@gmail.com>

Mon, May 27, 2024 at 5:47 PM

*Dear Evan,*

*I am writing on behalf of the ICS administrative team, to inform you that we've investigated a series of email communications that were sent to Wellington School administrators and parents of the ICS basketball team. It is the School's conclusion that you participated in these efforts. These communications violate community standards set forth in ICS's Upper School Handbook and Academic Policies ("Handbook") prohibiting disrespectful behavior towards adults, harm to the reputation of the school, lying, and sending e-communications that are neither true, kind, or necessary. These actions warrant a disciplinary decision, and you are therefore suspended from all school activities and from being on campus, indefinitely.*

*Since you have fulfilled all academic requirements, the School will send a diploma to your residence in June. Please be advised that this suspension is something that is now on your permanent record. Additionally, because of this violation combined with your suspension for fighting in 2022, any further violations could result in expulsion. You are reminded of ICS's expectation, set forth in the Handbook, that if another institution asks you about this suspension that you answer the question truthfully (and if you are under an obligation from any other institution to provide updated disciplinary information that you do so proactively)*

**MATTHEW MCCORMICK**
*Middle School Principal*

*Performing Arts and HD Faculty*

Pronouns: he/him/his

P: 410-849-5162
F: 410-841-2623

1130 Anne Chambers Way
Crownsville, MD 21032

**INDIANCREEKSCHOOL.ORG**



 **Gmail**

Eric H <ehemp10303.eh@gmail.com>

## Appeal request
1 message

Booth Kyle <bkyle@indiancreekschool.org>                                    Wed, May 29, 2024 at 3:06 PM
To: "evan.hemp@gmail.com" <evan.hemp@gmail.com>
Cc: "Ehemp10303.eh@gmail.com" <Ehemp10303.eh@gmail.com>, "Dave Dorey (LWS)" <DDorey@liffwalsh.com>

Dear Evan,

We are in receipt of your message in which you requested an appeal of the decision to indefinitely suspend you from Indian Creek. After considering the request, which does not introduce any new or mitigating facts, the School is upholding the original decision and your suspension remains and is final.

Since you have no remaining obligations at the School and our decision is final, we will no longer be communicating with you about this suspension. Any subsequent communications may be sent to Indian Creek's legal counsel, Mr. Dave Dorey, who is copied on this message.

Booth Kyle

Head of School

www.indiancreekschool.org

**IN THE CIRCUIT COURT FOR ANNE ARUNDEL COUNTY MARYLAND**

**Evan Hemphill, Plaintiff,**

v.

**Indian Creek School; Coach Jimmy Little, Freddie Newman (Athletic Director) Eliza McLaren (Associate Head of School), Indian Creek School c/o Booth Kyle, 10 John Does; Defendants.**

**CASE NO: C-02-CV-24-000271**

Dear Judge Malone,

I am writing to bring to your attention a concerning incident that occurred following the hearing on May 17th in the case of Evan Hemphill v. Indian Creek School et al.

On May 17th, immediately after the hearing, Rachel Barr, Chief of Staff at Indian Creek School and one of the John Doe defendants in this case, took further retaliatory action against my father, Eric Hemphill. Ms. Barr contacted my father's employer at SAGE Dining Services and made additional unfounded accusations regarding his performance. As a direct result of these actions, my father was removed from his position at Indian Creek School on Sunday, May 19th.

This latest act of retaliation by Indian Creek School demonstrates a blatant disregard for the legal process and a continued effort to intimidate and harass those associated with this case. It is clear that Indian Creek School is determined to silence me and my family by any means necessary, even if it means targeting innocent individuals.

I respectfully request that the court take appropriate action to address this ongoing retaliation and ensure that all parties involved are held accountable for their actions. It is imperative that the integrity of the legal process is upheld, and that individuals are not subjected to reprisal for seeking justice.

7

E-FILED; Anne Arundel Circuit Cour
DocketDt2M6f202421224FD;F3MtBmlasibss id2/16/200251 8:22 PI
Envelope: 2919569

# Exhibit E

## Space utilization showing violations.









E-FILED; Anne Arundel Circuit Cour
DocketDtcNet2824202348RD;3WtbReessicesid2/1522025I2:32 PM
Envelope: 2018562

# Exhibit F

Complaints from Evan and Eric Hemphill.

E-FILED; Anne Arundel Circuit Court
Docket: 5/31/2024 11:03 AM; Submission: 5/31/2024 11:03 AM
Envelope: 16661872

IN THE CIRCUIT COURT FOR ANNE ARUNDEL COUNTY MARYLAND

ERIC HEMPHILL,

Plaintiff,

vs.

INDIAN CREEK SCHOOL, JIMMY LITTLE, FREDDIE NEWMAN, ELIZA MCLAREN, RACHEL BARR, BOOTH KYLE, and JOHN DOES 1-10,

Defendants.

Case No: C-02-CV-24-001093

## PETITION TO AMEND COMPLAINT

Plaintiff, Eric Hemphill, respectfully petitions this Court for leave to amend the Complaint to include additional allegations and causes of action based on new information and evidence. Plaintiff seeks to amend the Complaint as follows:

1. Add allegations regarding Defendants' retaliatory actions taken after the filing of the initial lawsuit by Evan Hemphill, including specific incidents involving Rachel Barr and Booth Kyle.

2. Include additional causes of action for Retaliation and Violation of Maryland's RICO statute based on the pattern of retaliatory conduct and fraudulent activities engaged in by Defendants.

3. Include additional allegations concerning negligent bus services, illegal daycare operations, failure to report sexual assaults, and endangerment of minors.

Respectfully submitted,

Eric Hemphill

3712 Hillsdale Rd.

Gwynn Oak, Maryland 21207

Ehemp10303.eh@gmail.com

Dated: 5/31/2024

3

IN THE CIRCUIT COURT FOR ANNE ARUNDEL COUNTY MARYLAND

ERIC HEMPHILL,

Plaintiff,

vs.

INDIAN CREEK SCHOOL, JIMMY LITTLE, FREDDIE NEWMAN, ELIZA MCLAREN, RACHEL BARR, BOOTH KYLE, and JOHN DOES 1-10,

Defendants.

Case No: C-02-CV-24-001093

## AMENDED COMPLAINT

## INTRODUCTION

Plaintiff, Eric Hemphill, brings this action against Indian Creek School ("ICS"), Jimmy Little, Freddie Newman, Eliza McLaren, Rachel Barr, Booth Kyle, and John Does 1-10 (collectively

referred to as "Defendants"), seeking damages for their negligent and retaliatory actions which resulted in harm to Plaintiff and his son, Evan Hemphill.

**JURISDICTION AND VENUE**

1. This Court has jurisdiction over this matter pursuant to Maryland Code, Courts and Judicial Proceedings Article § 1-501, which grants the Circuit Courts general jurisdiction over civil actions.
2. Venue is proper in Anne Arundel County pursuant to Maryland Code, Courts and Judicial Proceedings Article § 6-201, as the events giving rise to this action occurred within this jurisdiction, and the Defendants conduct business in this county.

**PARTIES**

3. Plaintiff, Eric Hemphill, is an adult individual residing at 3712 Hillsdale Rd., Gwynn Oak, Maryland 21207.

4. Defendant Indian Creek School ("ICS") is an educational institution located at 1130 Anne Chambers Way Crownsville Md. 21032, responsible for the supervision and safety of its students, including Plaintiff's son, Evan Hemphill.

5. Defendants Jimmy Little, Freddie Newman, Eliza McLaren, Rachel Barr, and Booth Kyle are employees or agents of ICS, responsible for the supervision and care of students, including Plaintiff's son.

5

6. Defendants John Does 1-10 are individuals whose identities are currently unknown to Plaintiff but were employees, agents, or representatives of ICS, and whose actions contributed to the harm suffered by Plaintiff and his son.

## FACTUAL ALLEGATIONS

7. Plaintiff's son, Evan Hemphill, was a student-athlete at Indian Creek School during the relevant time period.

8. Defendants, acting individually and in concert, breached their duty of care to ensure the safety and well-being of Plaintiff's son while under their supervision.

9. Plaintiff's son, Evan Hemphill, suffered physical and emotional harm as a result of Defendants' negligent and reckless conduct, including but not limited to:

Physical injuries sustained during basketball practice due to inadequate supervision and unsafe conditions.

Emotional distress and trauma resulting from abusive conduct and neglect by Defendants.

10. Defendants failed to fulfill their duty to maintain a safe environment for students, including Plaintiff's son, thereby breaching the implied and/or express contract between Plaintiff and ICS.

11. ICS engaged in retaliatory actions against Plaintiff and his son following the filing of the initial lawsuit by Evan Hemphill. Specifically, Rachel Barr and Booth Kyle, acting on behalf of ICS, contacted Eric Hemphill's employer, SAGE Dining Services, and made unfounded accusations regarding his performance, resulting in his removal from ICS.

12. These actions constitute retaliation for Plaintiff's legal actions against ICS and were intended to intimidate and silence him, resulting in significant harm to Plaintiff and his son.

6

13. ICS operated negligent bus services by transitioning from a contract bus service utilizing CDL drivers regulated by the Department of Transportation (DOT) to a self-operated service using drivers who could not pass a DOT physical due to drug addiction and poor health. This negligent operation endangered the welfare of minors for personal gain.

14. ICS operated an illegal daycare by falsifying documents, lying to officials about square footage, and failing to maintain a licensed daycare provider at all times.

15. ICS engaged in a pattern of underreporting sexual assaults and failing to notify Child Protective Services (CPS) and other authorities as required by law. Some of these incidents involved elements of child pornography.

16. ICS transported the basketball team to the Governor's Challenge tournament in Salisbury, Maryland, and placed three minor children in a room with an adult student and two beds, demonstrating negligence and endangerment of minors.

17. ICS's athletic department failed to notify authorities when alcohol was served to underage baseball team members and allowed coaches to use disparaging remarks and inappropriate language contrary to the ICS handbook.

## COUNTS

## COUNT I: NEGLIGENCE

18. Plaintiff reasserts and realleges all preceding paragraphs as if fully set forth herein.

19. Defendants owed a duty of care to Plaintiff's son, Evan Hemphill, to provide adequate supervision and ensure his safety while under their care.

20. Defendants breached this duty by failing to provide adequate supervision, maintain safe premises, and prevent abusive conduct and neglect towards Plaintiff's son.

21. As a direct and proximate result of Defendants' negligence, Plaintiff's son, Evan Hemphill, suffered physical injuries, emotional distress, and other damages.

## COUNT II: BREACH OF CONTRACT

22. Plaintiff reasserts and realleges all preceding paragraphs as if fully set forth herein.

23. Plaintiff and ICS entered into an implied and/or express contract whereby ICS agreed to provide a safe and secure learning environment for Plaintiff's son.

24. Defendants breached this contract by failing to uphold their duty to maintain a safe environment, thereby causing harm to Plaintiff's son.

25. As a result of Defendants' breach of contract, Plaintiff suffered damages, including but not limited to medical expenses, emotional distress, and loss of consortium.

## COUNT III: RETALIATION

26. Plaintiff reasserts and realleges all preceding paragraphs as if fully set forth herein.

27. Following the filing of the initial lawsuit by Evan Hemphill, Defendants engaged in retaliatory actions against Plaintiff and his son, including making unfounded accusations to Plaintiff's employer, resulting in his removal from ICS.

28. These retaliatory actions were intended to intimidate and silence Plaintiff, causing significant harm to Plaintiff and his son.

29. As a direct result of Defendants' retaliation, Plaintiff and his son suffered financial, emotional, and reputational harm.

## COUNT IV: VIOLATION OF RICO (Md. Code Ann., Crim. Law § 9-901 et seq.)

30. Plaintiff reasserts and realleges all preceding paragraphs as if fully set forth herein.

31. Defendants engaged in a pattern of racketeering activity, including but not limited to fraud, retaliation, and obstruction of justice, aimed at covering up ongoing criminal behavior within ICS.

32. ICS's negligent operation of bus services and illegal daycare, as well as its failure to report sexual assaults, further demonstrate a pattern of criminal conduct intended to protect its reputation and financial interests at the expense of student safety.

33. Defendants' actions constitute a violation of Maryland's RICO statute.

34. As a direct and proximate result of Defendants' RICO violations, Plaintiff and his son suffered financial, emotional, and reputational harm.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff Eric Hemphill respectfully requests that this Court enter judgment in his favor and against Defendants, jointly and severally, as follows:

1. Grant Plaintiff leave to amend the Complaint to include additional allegations of retaliation and violations of the Maryland RICO statute.

2. Compensatory damages in an amount to be determined at trial.

9

3. Punitive damages, as appropriate.

4. Prejudgment and post-judgment interest.

5. Costs and attorney fees.

6. Any further relief that the Court deems just and proper.


Respectfully submitted,

Eric Hemphill

3712 Hillsdale Rd.

Gwynn Oak, Maryland 21207

Ehemp10303.eh@gmail.com


Dated: 5/31/2024

10

IN THE CIRCUIT COURT FOR ANNE ARUNDEL COUNTY MARYLAND

EVAN HEMPHILL,

Plaintiff,

v.

INDIAN CREEK SCHOOL, JIMMY LITTLE, FREDDIE NEWMAN, ELIZA McLAREN, RACHEL BARR, BOOTH KYLE, and JOHN DOES 1-10,

Defendants.

No.: C-02-CV-24-000271

**AFFIDAVIT OF SERVICE**

I, Evan Hemphill, being duly sworn, depose and say:

1. I am the Plaintiff in the above-captioned case.

2. On 5/28/2024, I served a true and correct copy of the Motion to Amend Complaint, Proposed Order, and supporting affidavits on the following Defendants via electronic service:

    Indian Creek School
    Jimmy Little
    Freddie Newman
    Eliza McLaren

11

Rachel Barr
Booth Kyle

3. The service was executed via electronic service to the counsel for Defendants:

Jeffrey P. Bowman

Email: jbowman@bowmanjarashow.com

David Dory

Email: DDorey@liffwalsh.com

Attorney for Indian Creek School, Jimmy Little, Freddie Newman, Eliza McLaren, Rachel Barr, and Booth Kyle

4. I affirm under the penalties of perjury that the contents of this affidavit are true to the best of my knowledge, information, and belief.

6/10/24

Evan Hemphill        Date

12

## IN THE CIRCUIT COURT FOR ANNE ARUNDEL COUNTY MARYLAND

**ERIC HEMPHILL,** Plaintiff,

v.

**INDIAN CREEK SCHOOL, JIMMY LITTLE, FREDDIE NEWMAN, ELIZA McLAREN, RACHEL BARR, BOOTH KYLE, and JOHN DOES 1-10,** Defendants.

**Case No.: C-02-CV-24-001093**

### AFFIDAVIT OF SERVICE

I, Eric Hemphill, being duly sworn, depose and say:

1. I am the Plaintiff in the above-captioned case.
2. On 6/10/2024, I served a true and correct copy of the Petition to Amend the Complaint on the following Defendants:

   - Indian Creek School
   - Jimmy Little
   - Freddie Newman
   - Eliza McLaren
   - Rachel Barr
   - Booth Kyle
   - 

13

3. Service was affected by USPS Priority Mail, and the proof of service is attached hereto as Exhibit A.

4. I affirm under the penalties of perjury that the contents of this affidavit are true to the best of my knowledge, information, and belief.

Eric Hemphill



**UNITED STATES POSTAL SERVICE.**

GWYNN OAK
6101 LIBERTY RD
GWYNN OAK, MD 21207-9998
(800)275-8777

05/10/2024                                    03:52 PM

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| Priority Mail® | 1 | | $9.85 |

Flat Rate Env
  Crownsville, MD 21032
  Flat Rate
  Expected Delivery Date
    Wed 05/12/2024
  Tracking #:
    9505 5134 4898 4162 4899 00
  Insurance                                   $0.00
    Up to $100.00 included
Total                                         $9.85
                                              -------
                                              $9.85
Grand Total:
                                              -------
                                              $9.85

Debit Card Remit
  Card Name: MasterCard
  Account #: XXXXXXXXXXXX9277
  Approval #: 045215
  Transaction #: 669
  Receipt #: 036268
  Debit Card Purchase: $9.85
  AID: A0000000042203   Contactless
  AL: DEBIT

Text your tracking number to 28777 (2USPS)
to get the latest status. Standard Message
and Data rates may apply. You may also
visit www.usps.com USPS Tracking or call
            1-800-222-1811.

        Save this receipt as evidence of
insurance. For information on filing an
            insurance claim go to
    https://www.usps.com/help/claims.htm
            or call 1-800-222-1811

            Preview your Mail
            Track your Packages
            Sign up for FREE @
    https://informeddelivery.usps.com

All sales final on stamps and postage.
Refunds for guaranteed services only.
        Thank you for your business.

    Tell us about your experience.
Go to: https://postalexperience.com/Pos
or scan this code with your mobile device.



        or call 1-800-410-7420.

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 30th day of September 2024, a true and accurate copy of the foregoing was served by first class certified mail on plaintiffs' attorney of record, defendants' / answer/cross, summons, order for alternate service.

David R. Dorey

LIFF, WALSH & SIMMONS

181 Harry S. Truman Parkway, Suite 200

Annapolis, MD 21401

Counsel for Plaintiffs/Defendants

Respectfully submitted

Eric Hemphill

9/30/2024

E-SERVED Anne Arundel Circuit Court 8/8/2024 2:36 PM System Envelope: 17545400



**CIRCUIT COURT FOR ANNE ARUNDEL COUNTY, MARYLAND**

8 Church Circle, Annapolis, Maryland, 21401

E-FILED; Anne Arundel Circuit Court
Docket: 8/8/2024 2:36 PM; Submission: 8/8/2024 2:36 PM
Envelope: 17545400

Civil: 410-222-1431
Criminal: 410-222-1420
Juvenile: 410-222-1427
Trust/Adoption: 410-222-1331
TTY for Deaf: 410-222-1429
Maryland Relay Service: 711

**To:**   ELIZA MCLAREN
1130 ANNE CHAMBERS WAY
CROWNSVILLE, MD 21032

**Case Number:**   C-02-CV-24-001270

**Other Reference Number(s):**

**Child Support Enforcement Number:**

ELIZA MCLAREN, ET AL. VS. ERIC HEMPHILL, ET AL.

Issue Date: 8/8/2024

## WRIT OF SUMMONS

You are summoned to file a written response by pleading or motion, within 30 days after service of this summons upon you, in this court, to the attached complaint filed by:

ERIC HEMPHILL; EVAN HEMPHILL
3712 Hillsdale Road
GWYNN OAK, MD  21207

This summons is effective for service only if served within 60 days after the date it is issued.

*Scott A. Poyer*

Scott A. Poyer
Clerk of the Circuit Court

To the person summoned:
Failure to file a response within the time allowed may result in a judgment by default or the granting of the relief sought against you.
Personal attendance in court on the day named is NOT required.
It is your responsibility to ensure that the court has your current and correct mailing address in order to receive subsequent filings and notice in this case.

Instructions for Service:

1.   This summons is effective for service only if served within 60 days after the date issued. If it is not served within the 60 days, the plaintiff must send a written request to have it renewed.
2.   Proof of Service shall set out the name of the person served, date and the particular place and manner of service. If service is not made, please state the reasons.
3.   Return of served or unserved process shall be made promptly and in accordance with Maryland Rule 2-126.
4.   If this notice is served by private process, process server shall file a separate affidavit as required by Maryland Rule 2-126(a).



E-SERVED Anne Arundel Circuit Court 8/8/2024 2:36 PM RENAme: AEmail: pircd754000
CIRCUIT COURT FOR ANNE ARUNDEL Docket 8/8/2024 2:36 PM; Submission: 8/8/2024 2:36 PM
**MARYLAND**                                   Civil: 410-222-1431    **Envelope: 17545400**
8 Church Circle, Annapolis, Maryland, 21401    Criminal: 410-222-1420
                                               Juvenile: 410-222-1427
                                               Trust/Adoption: 410-222-1331
                                               TTY for Deaf: 410-222-1429
                                               Maryland Relay Service: 711

**To:** INDIAN CREEK SCHOOL
1130 ANNE CHAMBERS WAY
CROWNSVILLE, MD 21032

**Case Number:**                          C-02-CV-24-001270
**Other Reference Number(s):**
**Child Support Enforcement Number:**

ELIZA MCLAREN, ET AL. VS. ERIC HEMPHILL, ET AL.

Issue Date: 8/8/2024

## WRIT OF SUMMONS

You are summoned to file a written response by pleading or motion, within 30 days after service of this summons upon you, in this court, to the attached complaint filed by:

ERIC HEMPHILL; EVAN HEMPHILL
3712 Hillsdale Road
GWYNN OAK, MD 21207

This summons is effective for service only if served within 60 days after the date it is issued.

*Scott A. Poyer*

Scott A. Poyer
Clerk of the Circuit Court

To the person summoned:
Failure to file a response within the time allowed may result in a judgment by default or the granting of the relief sought against you.
Personal attendance in court on the day named is NOT required.
It is your responsibility to ensure that the court has your current and correct mailing address in order to receive subsequent filings and notice in this case.

Instructions for Service:

1. This summons is effective for service only if served within 60 days after the date issued. If it is not served within the 60 days, the plaintiff must send a written request to have it renewed.
2. Proof of Service shall set out the name of the person served, date and the particular place and manner of service. If service is not made, please state the reasons.
3. Return of served or unserved process shall be made promptly and in accordance with Maryland Rule 2-126.
4. If this notice is served by private process, process server shall file a separate affidavit as required by Maryland Rule 2-126(a).

CC-CV-032 (Rev. 03/2024)              Page 1 of 2                    08/08/2024 2:24 PM



E-SERVED Anne Arundel Circuit Court 8/8/2024 2:36 PM EFILED BBN Anne Arundel Circuit Court

E-FILED: Anne Arundel Circuit Court
Docket: 8/8/2024 2:36 PM; Submission: 8/8/2024 2:36 PM
Envelope: 17545400

**CIRCUIT COURT FOR ANNE ARUNDEL COUNTY, MARYLAND**

8 Church Circle, Annapolis, Maryland, 21401

Civil: 410-222-1431
Criminal: 410-222-1420
Juvenile: 410-222-1427
Trust/Adoption: 410-222-1331
TTY for Deaf: 410-222-1429
Maryland Relay Service: 711

**To:** BOOTH KYLE
1130 ANNE CHAMBERS WAY
CROWNSVILLE, MD 21032

|  |  |
|---|---|
| **Case Number:** | C-02-CV-24-001270 |
| **Other Reference Number(s):** | |
| **Child Support Enforcement Number:** | |

ELIZA MCLAREN, ET AL. VS. ERIC HEMPHILL, ET AL.

Issue Date: 8/8/2024

## WRIT OF SUMMONS

You are summoned to file a written response by pleading or motion, within 30 days after service of this summons upon you, in this court, to the attached complaint filed by:

ERIC HEMPHILL; EVAN HEMPHILL
3712 Hillsdale Road
GWYNN OAK, MD 21207

This summons is effective for service only if served within 60 days after the date it is issued.

*Scott A. Poyer*

Scott A. Poyer
Clerk of the Circuit Court

To the person summoned:
Failure to file a response within the time allowed may result in a judgment by default or the granting of the relief sought against you.
Personal attendance in court on the day named is NOT required.
It is your responsibility to ensure that the court has your current and correct mailing address in order to receive subsequent filings and notice in this case.

Instructions for Service:

1. This summons is effective for service only if served within 60 days after the date issued. If it is not served within the 60 days, the plaintiff must send a written request to have it renewed.
2. Proof of Service shall set out the name of the person served, date and the particular place and manner of service. If service is not made, please state the reasons.
3. Return of served or unserved process shall be made promptly and in accordance with Maryland Rule 2-126.
4. If this notice is served by private process, process server shall file a separate affidavit as required by Maryland Rule 2-126(a).



E-SERVED Anne Arundel Circuit Court 8/8/2024 2:36 PM System Envelope: 17545400

**CIRCUIT COURT FOR ANNE ARUNDEL COUNTY** *Filed: 8/8/2024 2:36 PM Submission: 8/8/2024 2:36 PM*
**MARYLAND**
8 Church Circle, Annapolis, Maryland, 21401

Civil: 410-222-1431   **Envelope: 17545400**
Criminal: 410-222-1420
Juvenile: 410-222-1427
Trust/Adoption: 410-222-1331
TTY for Deaf: 410-222-1429
Maryland Relay Service: 711

**To:** FREDDIE NEWMAN
1130 ANNE CHAMBERS WAY
CROWNSVILLE, MD 21032

**Case Number:**          C-02-CV-24-001270
**Other Reference Number(s):**
**Child Support Enforcement Number:**

ELIZA MCLAREN, ET AL. VS. ERIC HEMPHILL, ET AL.

Issue Date: 8/8/2024

## WRIT OF SUMMONS

You are summoned to file a written response by pleading or motion, within 30 days after service of this summons upon you, in this court, to the attached complaint filed by:

ERIC HEMPHILL; EVAN HEMPHILL
3712 Hillsdale Road
GWYNN OAK, MD 21207

This summons is effective for service only if served within 60 days after the date it is issued.

*Scott A. Poyer*

Scott A. Poyer
Clerk of the Circuit Court

To the person summoned:
    Failure to file a response within the time allowed may result in a judgment by default or the granting of the relief sought against you.
    Personal attendance in court on the day named is NOT required.
    It is your responsibility to ensure that the court has your current and correct mailing address in order to receive subsequent filings and notice in this case.

Instructions for Service:

1. This summons is effective for service only if served within 60 days after the date issued. If it is not served within the 60 days, the plaintiff must send a written request to have it renewed.
2. Proof of Service shall set out the name of the person served, date and the particular place and manner of service. If service is not made, please state the reasons.
3. Return of served or unserved process shall be made promptly and in accordance with Maryland Rule 2-126.
4. If this notice is served by private process, process server shall file a separate affidavit as required by Maryland Rule 2-126(a).

CC-CV-032 (Rev. 03/2024)

08/08/2024 2:24 PM

This is page 65 of 116



E-SERVED Anne Arundel Circuit Court 8/8/2024 2:36 PM System Envelope: 17545400
E-FILED; Anne Arundel Circuit Court
Docket: 8/8/2024 2:36 PM; Submission: 8/8/2024 2:36 PM
Envelope: 17545400

**CIRCUIT COURT FOR ANNE ARUNDEL COUNTY, MARYLAND**

8 Church Circle, Annapolis, Maryland, 21401

Civil: 410-222-1431
Criminal: 410-222-1420
Juvenile: 410-222-1427
Trust/Adoption: 410-222-1331
TTY for Deaf: 410-222-1429
Maryland Relay Service: 711

**To:** JIMMY LITTLE
1130 ANNE CHAMBERS WAY
CROWNSVILLE, MD 21032

| | |
|---|---|
| **Case Number:** | C-02-CV-24-001270 |
| **Other Reference Number(s):** | |
| **Child Support Enforcement Number:** | |

ELIZA MCLAREN, ET AL. VS. ERIC HEMPHILL, ET AL.

Issue Date: 8/8/2024

## WRIT OF SUMMONS

You are summoned to file a written response by pleading or motion, within 30 days after service of this summons upon you, in this court, to the attached complaint filed by:

ERIC HEMPHILL; EVAN HEMPHILL
3712 Hillsdale Road
GWYNN OAK, MD 21207

This summons is effective for service only if served within 60 days after the date it is issued.

*Scott A. Poyer*

Scott A. Poyer
Clerk of the Circuit Court

To the person summoned:

Failure to file a response within the time allowed may result in a judgment by default or the granting of the relief sought against you.

Personal attendance in court on the day named is NOT required.

It is your responsibility to ensure that the court has your current and correct mailing address in order to receive subsequent filings and notice in this case.

Instructions for Service:

1. This summons is effective for service only if served within 60 days after the date issued. If it is not served within the 60 days, the plaintiff must send a written request to have it renewed.
2. Proof of Service shall set out the name of the person served, date and the particular place and manner of service. If service is not made, please state the reasons.
3. Return of served or unserved process shall be made promptly and in accordance with Maryland Rule 2-126.
4. If this notice is served by private process, process server shall file a separate affidavit as required by Maryland Rule 2-126(a).

CC-CV-032 (Rev. 03/2024)                    Page 1 of 2                    08/08/2024 2:24 PM



E-SERVED Anne Arundel Circuit Court  8/8/2024 2:36 PM BBN Anne Arundel Circuit Court

**CIRCUIT COURT FOR ANNE ARUNDEL COUNTY, 8/8/2024 2:36 PM; Submission: 8/8/2024 2:36 PM**

**MARYLAND**

8 Church Circle, Annapolis, Maryland, 21401

Civil: 410-222-1431    **Envelope: 17545400**
Criminal: 410-222-1420
Juvenile: 410-222-1427
Trust/Adoption: 410-222-1331
TTY for Deaf: 410-222-1429
Maryland Relay Service: 711

**To:** RACHEL BARR
1130 ANNE CHAMBERS WAY
CROWNSVILLE, MD 21032

|  | **Case Number:** | C-02-CV-24-001270 |
|---|---|---|
|  | **Other Reference Number(s):** |  |
|  | **Child Support Enforcement Number:** |  |

**ELIZA MCLAREN, ET AL. VS. ERIC HEMPHILL, ET AL.**

Issue Date: 8/8/2024

## WRIT OF SUMMONS

You are summoned to file a written response by pleading or motion, within 30 days after service of this summons upon you, in this court, to the attached complaint filed by:

ERIC HEMPHILL; EVAN HEMPHILL
3712 Hillsdale Road
GWYNN OAK, MD 21207

This summons is effective for service only if served within 60 days after the date it is issued.

*Scott A. Poyer*

Scott A. Poyer
Clerk of the Circuit Court

To the person summoned:
Failure to file a response within the time allowed may result in a judgment by default or the granting of the relief sought against you.
Personal attendance in court on the day named is NOT required.
It is your responsibility to ensure that the court has your current and correct mailing address in order to receive subsequent filings and notice in this case.

Instructions for Service:

1. This summons is effective for service only if served within 60 days after the date issued. If it is not served within the 60 days, the plaintiff must send a written request to have it renewed.
2. Proof of Service shall set out the name of the person served, date and the particular place and manner of service. If service is not made, please state the reasons.
3. Return of served or unserved process shall be made promptly and in accordance with Maryland Rule 2-126.
4. If this notice is served by private process, process server shall file a separate affidavit as required by Maryland Rule 2-126(a).

Gmail - Email Communications

 **Gmail**

Eric H <ehemp10303.eh@gmail.com>

## Email Communications
2 messages

**Matt McCormick** <mmccormick@indiancreekschool.org>
To: "Evan.hemp@gmail.com" <Evan.hemp@gmail.com>
Cc: "Ehemp10303.eh@gmail.com" <Ehemp10303.eh@gmail.com>

Mon, May 27, 2024 at 5:47 PM

*Dear Evan,*

*I am writing on behalf of the ICS administrative team, to inform you that we've investigated a series of email communications that were sent to Wellington School administrators and parents of the ICS basketball team. It is the School's conclusion that you participated in these efforts. These communications violate community standards set forth in ICS's Upper School Handbook and Academic Policies ("Handbook") prohibiting disrespectful behavior towards adults, harm to the reputation of the school, lying, and sending e-communications that are neither true, kind, or necessary. These actions warrant a disciplinary decision, and you are therefore suspended from all school activities and from being on campus, indefinitely.*

*Since you have fulfilled all academic requirements, the School will send a diploma to your residence in June. Please be advised that this suspension is something that is now on your permanent record. Additionally, because of this violation combined with your suspension for fighting in 2022, any further violations could result in expulsion. You are reminded of ICS's expectation, set forth in the Handbook, that if another institution asks you about this suspension that you answer the question truthfully (and if you are under an obligation from any other institution to provide updated disciplinary information that you do so proactively)*

**MATTHEW MCCORMICK**
*Middle School Principal*

*Performing Arts and HD Faculty*

Pronouns: he/him/his

**P**: 410-849-5162
**F**: 410-841-2623

1130 Anne Chambers Way
Crownsville, MD 21032

**INDIANCREEKSCHOOL.ORG**



**Evan Hemphill** <evan.hemp@gmail.com>
To: Matt McCormick <mmccormick@indiancreekschool.org>
Cc: "Ehemp10303.eh@gmail.com" <Ehemp10303.eh@gmail.com>

Tue, May 28, 2024 at 10:20 AM

[Quoted text hidden]

**Evan Suspension Response.pdf**
19446K

Evan Hemphill

3712 Hillsdale Rd.

Gwynn Oak, MD 21207

evan.hemp@gmail.com


May 28, 2024


Matthew McCormick

Middle School Principal

Indian Creek School

1130 Anne Chambers Way

Crownsville, MD 21032


Dear Mr. McCormick,


I am writing in response to your email dated May 27, 2024, regarding the investigation and subsequent disciplinary action taken against me. I hereby formally appeal the decision to suspend me from all school activities and campus indefinitely. Additionally, I am notifying you of my intention to pursue an outside appeal due to the violations of my rights and protections under both state and federal law.


The allegations against me are unfounded and appear to be a retaliatory response to my recent legal actions against Indian Creek School. I believe that this disciplinary action violates my First Amendment rights, as it punishes me for exercising my freedom of speech. The communications in question were intended to bring attention to legitimate concerns and grievances and should not be construed as disrespectful behavior.


3

Moreover, this action constitutes further retaliation against me following my whistleblower complaint and ongoing legal matters against Indian Creek School. As a whistleblower, I am entitled to protections against retaliation under both state and federal law. Retaliation for raising concerns about misconduct and safety violations within the school is unlawful and undermines the integrity of the educational environment.

Additionally, I am a pro se litigant, representing myself in legal matters outside of school. My activities as a pro se lawyer outside of school cannot be scrutinized or penalized by the defendants while I am outside of school. Any attempt to do so is an overreach and an infringement upon my legal rights and personal freedoms.

I also wish to highlight that the indefinite suspension and the potential threat of expulsion for any future alleged violations are disproportionate and unjust. This decision, based on unsubstantiated claims, further exemplifies the retaliatory actions taken against me for my efforts to seek justice and accountability.

Furthermore, any future litigation against Indian Creek School will be accompanied by a RICO enhancement based on the school's ongoing criminal activities. The school's actions not only constitute retaliation but also demonstrate a pattern of racketeering activity that violates the Racketeer Influenced and Corrupt Organizations Act (RICO).

Additionally, I must emphasize that the school cannot definitively prove the origins of the press release in question, only that I spoke to the press and disseminated information already released by the press. Any attempt to attribute the creation of the press release to me without concrete evidence is not only unfair but also a violation of my rights. Moreover, to take action based on these statements, you would have to disprove their veracity.

In light of these considerations, I respectfully request that the suspension be immediately lifted and that my right to participate in all remaining school activities, including graduation, be reinstated. I also request a thorough and impartial review of the circumstances surrounding this disciplinary action to ensure that my rights are fully protected.

4

Please acknowledge receipt of this letter and confirm the steps that will be taken to address my appeal. I expect a prompt and fair resolution to this matter, failing which I will be compelled to pursue further legal action to protect my rights and seek redress for the retaliation I have endured.

Thank you for your attention to this urgent matter.

Sincerely,

Evan Hemphill

3712 Hillsdale Rd

Gwynn Oak Md 21207

evan.hemp@gmail.com

Enclosures:

1. Copy of May 27, 2024, email from Matthew McCormick.

2. Documentation related to the whistleblower complaint, 2 retaliation letters, and ongoing legal actions.

5

Gmail - Email Communications

 **Gmail**                                                          Eric H <ehemp10303.eh@gmail.com>

---

## Email Communications
1 message

**Matt McCormick** <mmccormick@indiancreekschool.org>                Mon, May 27, 2024 at 5:47 PM
To: "Evan.hemp@gmail.com" <Evan.hemp@gmail.com>
Cc: "Ehemp10303.eh@gmail.com" <Ehemp10303.eh@gmail.com>


*Dear Evan,*


*I am writing on behalf of the ICS administrative team, to inform you that we've investigated a series of email communications that were sent to Wellington School administrators and parents of the ICS basketball team. It is the School's conclusion that you participated in these efforts. These communications violate community standards set forth in ICS's Upper School Handbook and Academic Policies ("Handbook") prohibiting disrespectful behavior towards adults, harm to the reputation of the school, lying, and sending e-communications that are neither true, kind, or necessary. These actions warrant a disciplinary decision, and you are therefore suspended from all school activities and from being on campus, indefinitely.*


*Since you have fulfilled all academic requirements, the School will send a diploma to your residence in June. Please be advised that this suspension is something that is now on your permanent record. Additionally, because of this violation combined with your suspension for fighting in 2022, any further violations could result in expulsion. You are reminded of ICS's expectation, set forth in the Handbook, that if another institution asks you about this suspension that you answer the question truthfully (and if you are under an obligation from any other institution to provide updated disciplinary information that you do so proactively)*


**MATTHEW MCCORMICK**
*Middle School Principal*

*Performing Arts and IID Faculty*

Pronouns: he/him/his

P: 410-849-5162
F: 410-841-2623



1130 Anne Chambers Way
Crownsville, MD 21032

**INDIANCREEKSCHOOL.ORG**

E-FILED; Anne Arundel Circuit Cour
Docket: 4/25/2024 6:21 AM; Submission: 4/25/2024 6:21 AM
Envelope: 1621628

IN THE CIRCUIT COURT FOR ANNE ARUNDEL COUNTY MARYLAND

Evan Hemphill, Plaintiff,

v

Coach Jimmy Little, Freddie Newman (Athletic Director), Defendants.

CASE NO: C-02-CV-24-000271

## Petition to Amend Complaint and add Indian Creek School and 10 John Does as a defendants c/o Booth Kyle (Head of School) 1130 Anne Chambers Way Crownsville Md 21032

1. COMES NOW on this 25th day of April 2024 the plaintiff, Evan Hemphill, in the above-captioned matter, and respectfully moves this Honorable Court for leave to file an amended complaint and supplement the statement of facts.
2. The proposed amendments to the complaint seek to include Indian Creek School as a defendant in this matter, alleging its ultimate responsibility for the actions of its employees, Coach Jimmy Little and Athletic Director Freddie Newman. Furthermore, the inclusion of Eliza McLaren as a defendant is warranted due to her direct supervisory role over Freddie Newman. Her failure to adequately supervise Newman may have contributed to the alleged mistreatment and misconduct within the basketball program.
3. Additionally, the supplemental statement of facts provides further context regarding the alleged negligence of the defendants, addressing pertinent issues such as the lack of a training program for new hires to familiarize them with Indian Creek School standards and pillars (Kindness, Equity, and Inclusion).
4. WHEREFORE, the plaintiff respectfully requests that this Honorable Court grant leave to file the amended complaint and supplement the statement of facts as provided herein.

Respectfully submitted,

*[signature]* 4/25/24

Evan Hemphill/Pro Se

1

IN THE CIRCUIT COURT FOR ANNE ARUNDEL COUNTY

Evan Hemphill, Plaintiff,

V.

Coach Jimmy Little, Freddie Newman (Athletic Director), Defendants.

CASE NO: C-02-CV-24-000271

## SUPPLEMENTAL STATEMENT OF FACTS:

1. In addition to the amendment, the supplemental statement of facts provides further context regarding the alleged negligence of the defendants in this case. Specifically, it addresses the following:

2. **Continued Employment of Coach Jimmy Little:**
   a. Despite numerous complaints and concerns raised about Coach Jimmy Little's behavior, Indian Creek School has failed to take appropriate action, leading to a continued environment of mistreatment and disrespect within the basketball program.

3. **Failure to Address Complaints:**
   a. Indian Creek School has a history of ignoring or dismissing complaints about mistreatment within its athletic programs, perpetuating a culture of silence and enabling further misconduct.

4. **Lack of Accountability:**
   a. The school's failure to hold Coach Jimmy Little and Athletic Director Freddie Newman accountable for their actions has contributed to a culture of impunity, where mistreatment and misconduct persist.

5. **Cover-Up of Incidents:**
   a. Instances of serious misconduct, including sexual assault and child pornography, have been covered up by Indian Creek School, prioritizing the school's reputation over the safety and well-being of its students.

6. **Substandard Transportation Modes:**

o   Indian Creek School has consistently failed to provide adequate transportation modes for students and athletes, jeopardizing their safety and well-being.

o

**REQUEST FOR AMENDMENT:**

I respectfully request the court's approval to amend the previous complaint to include Indian Creek School as a defendant and to supplement the statement of facts with the information provided above. These amendments are crucial to ensure that all responsible parties are held accountable for their actions and to seek appropriate remedies for the alleged mistreatment and misconduct suffered by the plaintiff.

Thank you for your attention to this matter. I am confident that these amendments will serve the interests of justice and fairness in this case.

Respectfully Submitted,

*CH  3/10/24*

Evan Hemphill

IN THE CIRCUIT COURT FOR ANNE ARUNDEL COUNTY

**Evan Hemphill, Plaintiff,**

v.

**Coach Jimmy Little, Freddie Newman (Athletic Director), Defendants.**

**CASE NO: C-02-CV-24-000271**

**SUPPLEMENTAL STATEMENT OF FACTS:**

In addition to the amendment, the supplemental statement of facts provides further context regarding the alleged negligence of the defendants in this case. Specifically, it addresses the following:

- **Continued Employment of Coach Jimmy Little:**
- Despite numerous complaints and concerns raised about Coach Jimmy Little's behavior, Indian Creek School has failed to take appropriate action, leading to a continued environment of mistreatment and disrespect within the basketball program.
- **Failure to Address Complaints:**
- Indian Creek School has a history of ignoring or dismissing complaints about mistreatment within its athletic programs, perpetuating a culture of silence and enabling further misconduct.
- **Lack of Accountability:**
- The school's failure to hold Coach Jimmy Little and Athletic Director Freddie Newman accountable for their actions has contributed to a culture of impunity, where mistreatment and misconduct persist.
- **Cover-Up of Incidents:**
- Instances of serious misconduct, including sexual assault and child pornography, have been covered up by Indian Creek School, prioritizing the school's reputation over the safety and well-being of its students.
- **Substandard Transportation Modes:**

IN THE CIRCUIT COURT FOR ANNE ARUNDEL COUNTY

**Evan Hemphill, Plaintiff,**

V.

**Coach Jimmy Little, Freddie Newman (Athletic Director), Defendants.**

**CASE NO: C-02-CV-24-000271**

Re: Indian Creek School and Eliza McLaren (Associate Head of School)

1130 Anne Chambers Way Crownsville Md 21032

COMES NOW the plaintiff, Evan Hemphill, in the above-captioned matter, and respectfully moves this Honorable Court for leave to file an amended complaint and supplement the statement of facts.

The proposed amendments to the complaint seek to include Indian Creek School as a defendant in this matter, alleging its ultimate responsibility for the actions of its employees, Coach Jimmy Little and Athletic Director Freddie Newman. Furthermore, the inclusion of Eliza McLaren as a defendant is warranted due to her direct supervisory role over Freddie Newman. Her failure to adequately supervise Newman may have contributed to the alleged mistreatment and misconduct within the basketball program.

Additionally, the supplemental statement of facts provides further context regarding the alleged negligence of the defendants, addressing pertinent issues such as the lack of a training program for new hires to familiarize them with Indian Creek School standards and pillars (Kindness, Equity, and Inclusion).

WHEREFORE, the plaintiff respectfully requests that this Honorable Court grant leave to file the amended complaint and supplement the statement of facts as provided herein.

Respectfully submitted,

*[signature]* 3/10/24

Evan Hemphill

- o  Coach Little informed me that my position on the team is precarious, suggesting that I may be cut to make room for a player from the junior varsity team.
- **Negligence by Athletic Director:**
- o  Freddie Newman, as Athletic Director, had a duty to supervise and address the conduct of coaching staff. However, through negligent supervision, he failed to prevent and remedy the harmful actions of Coach Jimmy Little.
- **Unequal Treatment:**
- o  Despite my limited playing time, I witnessed unequal treatment among teammates, causing a lack of respect and diminished morale.

These incidents have resulted in emotional distress, discomfort, and harm to my well-being.

Date 4/5/24

Evan Hemphill

**STATEMENT OF FACTS: EVAN HEMPHILL vs. COACH JIMMY LITTLE and FREDDIE NEWMAN**

I, Evan Hemphill, am an Indian Creek student and student worker actively participating in the school's basketball program. The following facts outline the distressing incidents involving Coach Jimmy Little and the alleged negligence by Freddie Newman, the Athletic Director:

- **Benching and Exclusion:**
  o Coach Jimmy Little consistently benched me until the final two minutes of games, causing feelings of isolation and exclusion.
- **Disparaging Comments and Lack of Support:**
  o During a game in Washington, D.C., Coach Little asked if I was a factor, making disparaging comments about my role in the game.
- **Public Criticism and Humiliation:**
  o On January 25, Coach Little publicly criticized me, stating that I shouldn't have been in the game, contributing to embarrassment and unwarranted scrutiny.
- **Verbal Abuse:**
  o Throughout the season, Coach Little subjected me to verbal abuse, threats, and pressure, creating an uncomfortable and hostile environment.
- **Unwarranted Threats and Pressure:**

- Freddie Newman, through negligent supervision and oversight, failed to take appropriate action to prevent and remedy the harmful actions of Coach Jimmy Little, contributing to the emotional distress and harm suffered by the Plaintiff.
**CAUSES OF ACTION**

- The Plaintiff alleges the following causes of action against the Defendants:
a. Child Abuse b. Mental Abuse c. Emotional Abuse d. Assault e. Intentional Infliction of Emotional Distress f. Negligence against Freddie Newman
**PRAYER FOR RELIEF**

- The Plaintiff seeks the same relief as detailed in the original complaint against Coach Jimmy Little.
**DEMAND FOR JURY TRIAL**

- The Plaintiff demands a trial by jury on all issues so triable.
**CERTIFICATION**

I, Evan Hemphill, certify that the foregoing is true and correct to the best of my knowledge, information, and belief.

Date 1/4/24

Evan Hemphill

14

**IN THE Anne Arundel County District COURT**

**Evan Hemphill,**

v.

**Coach Jimmy Little, Freddie Newman (Athletic Director), Defendants.**

**CASE NO: C-02-CV-24-000271**

**AMENDED COMPLAINT**

**PARTIES**

- The Plaintiff, Evan Hemphill, is an individual residing at 3712 Hillsdale Rd Gwynn Oak Md 21207
- The Defendants:
- o  Coach Jimmy Little, an individual employed at 1130 Anne Chambers Way Crownsville Md 21032
- o  Freddie Newman (Athletic Director), an individual employed at 1130 Anne Chambers Way Crownsville Md 21032

**JURISDICTION AND VENUE**

- This Court has jurisdiction over this matter as it pertains to allegations of misconduct and abuse within the jurisdiction of [Your State]. Venue is proper in Anne Arundel where the events giving rise to this action occurred.

**FACTUAL ALLEGATIONS**

- The Plaintiff reiterates the allegations made in the original complaint against Coach Jimmy Little.
- Freddie Newman, the Athletic Director at Indian Creek School, is added as a Defendant based on the theory of negligence for failure to address and prevent the alleged misconduct and abusive behavior perpetrated by Coach Jimmy Little.
- Freddie Newman, in his capacity as Athletic Director, had a duty to supervise, monitor, and address the conduct of coaching staff, including Coach Jimmy Little.

15

- o  Coach Little has advised me not to listen to my parents, asserting that they are hindering my growth and lack understanding. This attempt to undermine the authority and guidance of my parents further contributes to the distressing environment.
- **Unequal Treatment:**
- o  Despite my limited playing time, I have witnessed teammates receiving opportunities to play in games, even when they have not made a substantial impact. This differential treatment has resulted in a lack of respect from teammates and diminished morale. In light of these distressing incidents, I am seeking legal representation to pursue a civil lawsuit against Coach Jimmy Little. I believe that the aforementioned actions constitute child abuse, mental abuse, emotional abuse, assault and battery, and intentional infliction of emotional distress.

I am prepared to provide any additional information or documentation necessary for the case and eagerly anticipate discussing this matter further with legal counsel.

Sincerely,

Evan Hemphill

## Statement of Facts: Evan Hemphill vs. Coach Jimmy Little

I, Evan Hemphill, am a student-athlete at Indian Creek School, actively participating in the basketball program. The current basketball season commenced on November 1, 2023. Regrettably, I find myself compelled to bring forth a civil lawsuit against Coach Jimmy Little due to a series of troubling incidents that have transpired during my involvement with the team.

- **Benching and Exclusion:**
  - Throughout the season, Coach Jimmy Little consistently relegated me to the bench, often refraining from fielding me until the final two minutes of games. This prolonged exclusion has left me feeling detached and uninvolved with the team.
- **Disparaging Comments and Lack of Support:**
  - During a game in Washington, D.C., I was asked if I was a factor and questioned about my role in the game. Subsequently, in the midst of a substantial deficit, Coach Little stated that I would never get off the bench, suggesting that I should turn in my jersey. These remarks not only made me feel unwanted and disrespected but were also made in front of teammates and spectators.
- **Public Criticism and Humiliation:**
  - Coach Little publicly asserted that I shouldn't have been in a particular game on January 25, communicating this sentiment to both my teammates and their parents. This public criticism has contributed to a sense of embarrassment and unwarranted scrutiny.
- **Verbal Abuse:**
  - Throughout the season, I have been subjected to verbal abuse, including being yelled at and cussed out during games. Comments such as "we suck" and insinuations that I should be on JV have severely impacted my self-esteem and confidence.
- **Unwarranted Threats and Pressure:**
  - I have been informed by Coach Little that my position on the team is precarious, suggesting that I may be cut to make room for a player from the junior varsity team. These unwarranted threats have caused considerable emotional distress and anxiety.
- **Isolation and Uncomfortable Environment:**
  - Coach Little's behavior has created an uncomfortable and isolating environment for me. I feel unable to attend practices, enter the gym, or access the locker room due to his presence and the negative atmosphere he has fostered.
- **Disparagement of Parents:**

- The Defendant's conduct has led to the Plaintiff feeling unable to attend practices, enter the gym, or access the locker room.
- The Defendant advised the Plaintiff not to listen to their parents, disparaging their role and authority.
- Despite limited playing time, the Plaintiff witnessed unequal treatment among teammates, causing a lack of respect and diminished morale.

**CAUSES OF ACTION**

- The Plaintiff alleges the following causes of action against the Defendant:
  a. Child Abuse b. Mental Abuse c. Emotional Abuse d. Assault and Battery e. Intentional Infliction of Emotional Distress

**PRAYER FOR RELIEF**

- The Plaintiff seeks the following relief from this Court:
  a.$1,000,000 Compensatory damages for the harm suffered. b. Punitive damages to deter the Defendant from similar conduct. c. A cease and desist order prohibiting the Defendant from engaging in abusive behavior. d. Any other relief the Court deems just and proper.

**DEMAND FOR JURY TRIAL**

- The Plaintiff demands a trial by jury on all issues so triable.

**CERTIFICATION**

I, Evan Hemphill, certify that the foregoing is true and correct to the best of my knowledge, information, and belief.


Evan Hemphill

_____  Date: 1/31/24

E-FILED; Anne Arundel Circuit Court
Docket: 1/31/2024 9:52 PM; Submission: 1/31/2024 9:52 PM
Envelope: 15276123

# IN THE Anne Arundel County District COURT

**Evan Hemphill, Plaintiff,**

v.

**Coach Jimmy Little, Defendant.**

CASE NO: C-02-CV-24-000271

## COMPLAINT

- The Plaintiff, Evan Hemphill, is an individual residing at 3712 Hillsdale Rd Gwynn Oak Md 21207.
- The Defendant, Coach Jimmy Little, is an individual working at 1130 Anne Chambers Way, Crownsville Md 21032.

### JURISDICTION AND VENUE

- This Court has jurisdiction over this matter as it pertains to allegations of misconduct and abuse within the jurisdiction of Maryland. Venue is proper in Anne Arundel County where the events giving rise to this action occurred.

### FACTUAL ALLEGATIONS

- The Plaintiff is a student-athlete at Indian Creek School, actively participating in the basketball program.
- The Defendant, Coach Jimmy Little, is the basketball coach at Indian Creek School.
- Throughout the basketball season starting on November 1, 2023, the Defendant engaged in a pattern of behavior that has caused the Plaintiff significant harm.
- The Defendant consistently benched the Plaintiff until the final two minutes of games, causing feelings of isolation and exclusion.
- The Defendant made disparaging comments about the Plaintiff's abilities during a game in Washington, D.C., creating a humiliating and disrespectful environment.
- On January 25, the Defendant publicly criticized the Plaintiff, stating that the Plaintiff shouldn't have been in the game.
- The Plaintiff has been subjected to verbal abuse, threats, and pressure from the Defendant, creating an uncomfortable and hostile environment.

IN THE CIRCUIT COURT FOR ANNE ARUNDEL COUNTY

Evan Hemphill, Plaintiff,

v.

Coach Jimmy Little, Freddie Newman (Athletic Director), Defendants.

CASE NO: C-02-CV-24-000271

**SUPPLEMENTAL STATEMENT OF FACTS:**

1. In addition to the amendment, the supplemental statement of facts provides further context regarding the alleged negligence of the defendants in this case. Specifically, it addresses the following:

2. **Continued Employment of Coach Jimmy Little:**
   a. Despite numerous complaints and concerns raised about Coach Jimmy Little's behavior, Indian Creek School has failed to take appropriate action, leading to a continued environment of mistreatment and disrespect within the basketball program.

3. **Failure to Address Complaints:**
   a. Indian Creek School has a history of ignoring or dismissing complaints about mistreatment within its athletic programs, perpetuating a culture of silence and enabling further misconduct.

4. **Lack of Accountability:**
   a. The school's failure to hold Coach Jimmy Little and Athletic Director Freddie Newman accountable for their actions has contributed to a culture of impunity, where mistreatment and misconduct persist.

5. **Cover-Up of Incidents:**
   a. Instances of serious misconduct, including sexual assault and child pornography, have been covered up by Indian Creek School, prioritizing the school's reputation over the safety and well-being of its students.

6. **Substandard Transportation Modes:**

  a. Indian Creek School has consistently failed to provide adequate
     transportation modes for students and athletes, jeopardizing their safety
     and well-being.

## REQUEST FOR AMENDMENT:

1. I respectfully request the court's approval to amend the previous complaint to
   include Indian Creek School as a defendant and to supplement the statement of
   facts with the information provided above. These amendments are crucial to
   ensure that all responsible parties are held accountable for their actions and to
   seek appropriate remedies for the alleged mistreatment and misconduct suffered
   by the plaintiff.


Respectfully Submitted,

*Ceff— 4/25/24*

Evan Hemphill/Pro Se

3

21

Subject: Concerns Regarding Retaliation Against My Father, Eric Hemphill

Dear Mr. Bowman,

I hope this letter finds you well. I am writing to bring to your attention a matter of significant concern regarding recent developments following the legal action I've initiated against Indian Creek School. As you are aware, I have filed a lawsuit against Indian Creek School, and it has come to my attention that there have been retaliatory actions taken against my father, Eric Hemphill, who has been a dedicated member of the Indian Creek community for the past ten years.

It is disheartening to learn that my father, who has faithfully served Indian Creek School for a decade, is now experiencing adverse treatment as a result of my pursuit of justice. Such retaliatory actions are not only unjust but also constitute a violation of his rights as an employee. I am deeply concerned about the impact this may have on his well-being and professional standing within the institution.

I want to remind you that retaliation against an individual for their involvement in legal proceedings is unlawful and can lead to severe consequences. As an experienced attorney, I trust that you are well aware of the legal implications of such actions. Retaliation undermines the integrity of the legal process and is grounds for further legal action and potential sanctions.

I urge you to address this matter promptly and take the necessary steps to ensure that my father is protected from any further retaliatory measures. It is my sincere hope that we can resolve this issue amicably and focus on the legal proceedings without any further disruption or interference. I appreciate your attention to this matter and look forward to your prompt response.

5/13/2024
Evan Hemphill

24

## IN THE CIRCUIT COURT FOR ANNE ARUNDEL COUNTY MRYLAND

**Evan Hemphill, Plaintiff,**

V.

**Indian Creek School; Coach Jimmy Little, Freddie Newman (Athletic Director) Eliza McLaren (Associate Head of School), Indian Creek School c/o Booth Kyle, 10 John Does; Defendants.**

**CASE NO: C-02-CV-24-000271**

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the of the foregoing letter of retaliation has been served on Indian Creek School c/o Booth Kyle and their counsel as well as counsel for the remaining defendants on 5/13/2024 via electronic service.

5/13/2024
Evan Hemphill/Pro Se

25

**IN THE CIRCUIT COURT FOR ANNE ARUNDEL COUNTY MARYLAND**

**Evan Hemphill, Plaintiff,**

V.

**Indian Creek School; Coach Jimmy Little, Freddie Newman (Athletic Director) Eliza McLaren (Associate Head of School), Indian Creek School c/o Booth Kyle, 10 John Does; Defendants.**

**CASE NO: C-02-CV-24-000271**

Dear Judge Malone,

I am writing to bring to your attention a concerning incident that occurred following the hearing on May 17th in the case of Evan Hemphill v. Indian Creek School et al.

On May 17th, immediately after the hearing, Rachel Barr, Chief of Staff at Indian Creek School and one of the John Doe defendants in this case, took further retaliatory action against my father, Eric Hemphill. Ms. Barr contacted my father's employer at SAGE Dining Services and made additional unfounded accusations regarding his performance. As a direct result of these actions, my father was removed from his position at Indian Creek School on Sunday, May 19th.

This latest act of retaliation by Indian Creek School demonstrates a blatant disregard for the legal process and a continued effort to intimidate and harass those associated with this case. It is clear that Indian Creek School is determined to silence me and my family by any means necessary, even if it means targeting innocent individuals.

I respectfully request that the court take appropriate action to address this ongoing retaliation and ensure that all parties involved are held accountable for their actions. It is imperative that the integrity of the legal process is upheld, and that individuals are not subjected to reprisal for seeking justice.

27

I have filed a whistleblower complaint as well as an EEOC Complaint.

Thank you for your attention to this matter.

Sincerely,

Evan Hemphill

Pro Se

Evan Hemphill / Eric Hemphill

3712 Hillsdale Rd

Gwynn Oak Maryland 21207

Ehemp10303.eh@gmail.com

443.519.8960

5/20/2024


Department of Budget Management

45 Calvert Street,

Annapolis, MD 21401,


Dear Sir/Madam,


I am writing to file a whistleblower complaint pursuant to the provisions outlined in Title 5, Subtitle 3 of the State Personnel and Pensions Article of the Annotated Code of Maryland. As an employee subject to this subtitle, I am invoking my rights under § 5-305 to address the egregious violations of law and ethics perpetrated by Indian Creek School (ICS), Kyle Booth (Head of School), (Eliza McLaren), Jimmy Little (coach), Freddie Newman (Athletic Director), Rachel Barr (Chief of Staff) and its associates.


The crux of this complaint stems from retaliatory actions taken against Evan Hemphill and Eric Hemphill, in response to their pursuit of legal action against ICS. These retaliatory measures, outlined below, constitute clear violations of whistleblower protections and merit immediate investigation and remedial action:

29

1. **Retaliatory Conduct**: ICS has engaged in retaliatory behavior against Evan and Eric, leading to the termination of Eric Hemphill's employment as the Food Service Director after eight years of dedicated service. This retaliatory action was prompted by our legal action against ICS, highlighting a blatant disregard for whistleblower protections and ethical employment practices.

2. **Breach of Contract**: Additionally, ICS breached its contractual agreement with SAGE Dining, prematurely terminating an eight-year successful relationship. This breach of contract not only resulted in financial harm but also reflects a pattern of unethical conduct and disregard for contractual obligations.

3. **Title VII Violation**: The retaliatory actions taken by ICS against me constitute a violation of Title VII, as they sought to silence my voice and undermine my legal rights. Such retaliatory behavior is not only unlawful but also reprehensible, warranting swift and decisive action.

4. **Fraudulent Activity**: ICS engaged in deceptive practices by replacing high-quality meals provided by SAGE Dining with inferior quality meals from Brock, misleading families and violating their trust. This fraudulent activity further underscores the need for accountability and remedial action.

5. **Pattern of Negligent Behavior**: The retaliatory conduct exhibited by ICS aligns with a pattern of negligent behavior, as evidenced by previous legal actions and complaints. This consistent disregard for legal and ethical standards warrants thorough investigation and corrective measures to prevent further harm.

In accordance with Maryland State Law, I request that this complaint be promptly investigated to determine the extent of the violations outlined above. I further request that appropriate remedial action be taken to address the harm inflicted upon Evan and Eric Hemphill, and others affected by ICS's retaliatory actions.

Thank you for your attention to this matter. I trust that you will take the necessary steps to ensure accountability and uphold the integrity of our legal and ethical standards.

Sincerely,

Eric Hemphil

**IN THE CIRCUIT COURT FOR ANNE ARUNDEL COUNTY MARYLAND**

**Evan Hemphill, Plaintiff,**

v.

**Indian Creek School; Coach Jimmy Little, Freddie Newman (Athletic Director) Eliza McLaren (Associate Head of School), Indian Creek School c/o Booth Kyle, 10 John Does; Defendants.**

**CASE NO: C-02-CV-24-000271**

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the of the foregoing second letter of retaliation has been served on Indian Creek School c/o Booth Kyle and their counsel as well as counsel for the remaining defendants on 5/13/2024 via electronic service.

5/19/2024
Evan Hemphill/Pro Se

Dining    **E-FILED; Anne Arundel Circuit Cour**
**Docket: 3/2/2025 8:52 PM; Submission: 3/2/2025 8:52 PM**
**Envelope: 2018460**



CAMPUS LIFE

# Dining

## AN EXCEPTIONAL DINING EXPERIENCE

Indian Creek School is excited to partner with Brock Dining to provide exceptional dining experiences for all students.

Dining fees are optional and cover lunches for the full academic year. The cost to participate in the dining program can be found on the tuition and fees page.

## A TAILORED MENU



Indian Creek dining will offer fresh and nutritious selections that students enjoy. Brock's philosophy is to create well-balanced meals with healthier preparation methods.

Founded in 1927 in Philadelphia to serve factory workers, Brock is a third-generation family-owned and operated company now based in Malvern, Pennsylvania. With over 20 years of experience working with our private school partners, Brock took that knowledge and created a dining program specific to the needs of Indian Creek. We are confident that our personalized and flexible approach to foodservice will create an enjoyable experience for the community.

X

This website uses cookies to ensure you get the best experience on our website. By continuing to use this website, you consent to our use of these cookies.

1

IMG_1831.jpeg
E-FILED; Anne Arundel Circuit Cour
Docket: 3/2/2025 8:52 PM; Submission: 3/2/2025 8:52 PI
Envelope: 2018460



INDIAN CREEK SCHOOL

Weekly Employee Time Sheet

Employee Name: Evan Hough ll

Department:

Week Ending: 4/12/24

| Day | Date | Time In | Time Out | Regular Hours | Overtime Hours | Total Hours |
|---|---|---|---|---|---|---|
| Sunday | 4/8 | 7:00 | 8:50 | | 3:50-8:00 | 4 hrs |
| Monday | 4/9 | 7:00 | 8:30 | | 3:30-8:30 | 5 hr 30min |
| Tuesday | 4/10 | 7:00 | 8:30 | | 3:30-4:30 | 2 hr 30min |
| Wednesday | 4/10 | 7:00 | 8:30 | | 3:30-8:30 | 5 hr 30min |
| Thursday | 4/11 | 7:00 | 8:30 | | 5:-3:04:30 | 1 hr 30min |
| Friday | 4/12 | | | | | |
| Saturday | | | | | | |

Total hours for week:

Total running contract hours (if applicable): 13

Employee Signature: [signature]

Authorized By: [signature]   4/12/24

Date:

IMG_1914.jpeg



E-FILED; Anne Arundel Circuit Cour
Docket: 3/2/2025 8:52 PM; Submission: 3/2/2025 8:52 PM
Envelope: 2018460

## Comprehensive Case History: Eric Hemphill & Evan Hemphill v. Indian Creek School

This document **compiles and outlines** all legal actions involving **Eric Hemphill, Evan Hemphill, and Indian Creek School (ICS)** to establish **a clear pattern of obstruction, retaliation, and misconduct** by ICS and its affiliates.

# I. CASE HISTORY OVERVIEW

This legal history consists of **multiple cases** involving Indian Creek School and the Hemphills, highlighting a **pattern of retaliation, cover-ups, and misconduct**:

1. **Case No. C-02-CV-24-000271 – Evan Hemphill v. Indian Creek School & Jimmy Little (Filed: January 31, 2024 | Status: Closed)**
   a. Evan Hemphill sued **ICS and Coach Jimmy Little** for **assault, negligence, and intentional infliction of emotional distress (IIED)** related to his wrongful discipline and mistreatment at ICS.
2. **Case No. C-02-CV-24-001093 – Eric Hemphill v. Indian Creek School (Filed: April 30, 2024 | Status: Closed)**
   a. Eric Hemphill sued ICS for **breach of contract, retaliation, and wrongful termination** related to ICS's pressuring of **SAGE Dining Services** to terminate his employment after he reported misconduct.
3. **Case No. C-02-CV-24-001270 – Indian Creek School v. Eric & Evan Hemphill (Filed: August 2024 | Status: Active)**
   a. ICS **sued Eric and Evan Hemphill for defamation**, falsely claiming they operated a blog ("Surviving Indian Creek School") and published false statements.
   b. The Hemphills **denied ownership of the blog** and asserted that the content was **true and sourced from public records**.
4. **New Case (To Be Filed – March 2025) – Eric & Evan Hemphill v. ICS, SAGE, & Brock & Co.**
   a. This case **expands claims** to include:
      i. **Retaliation & whistleblower violations**
      ii. **Breach of contract (SAGE & ICS)**
      iii. **Tortious interference with employment (Brock & ICS)**
      iv. **Defamation (ICS leadership & board members)**

1

v. **RICO violations (ICS, SAGE, and Brock engaged in fraudulent schemes)**

# II. TIMELINE OF KEY EVENTS

This timeline **establishes a pattern of obstruction, retaliation, and misconduct** by ICS.

## 2023 – Eric Hemphill's Tenure at ICS & Retaliation Begins

- **2015-2023** – Eric Hemphill served as **Food Service Director** for ICS through SAGE Dining Services.
- **Late 2023** – Eric **raises concerns** about ICS's financial mismanagement, hiring practices, and compliance violations.

## January 31, 2024 – Evan Hemphill Files Lawsuit Against ICS

- **Evan sues ICS and Coach Jimmy Little** for **assault, negligence, and IIED.**
- **ICS retaliates** by increasing disciplinary actions against Evan.

## April 30, 2024 – Eric Hemphill Files Breach of Contract Lawsuit Against ICS

- Eric sues ICS for **wrongful termination, retaliation, and breach of contract** due to ICS pressuring SAGE Dining Services to remove him.
- **ICS intensifies retaliation against both Eric and Evan.**

## May 19, 2024 – Eric Hemphill's EEOC Complaint Officially Filed

- Eric **files a federal EEOC complaint** against ICS, alleging:
  - **Retaliation** for reporting financial misconduct.
  - **Hostile work environment.**
  - **Unlawful employment practices by ICS.**
- **ICS learns of the EEOC filing and begins fabricating negative reports** about Eric's performance.

## June 2024 – Hemphills Meet with Criminal Investigative Division (CID) Officers

- **Eric and Evan meet with CID investigators** to report:
    - **Financial fraud & mismanagement at ICS.**
    - **Improper hiring practices.**
    - **Violations related to student-athlete safety and mistreatment.**
- **ICS learns of the investigation** and retaliates further.

## July 2024 – ICS Pressures SAGE to Terminate Eric

- ICS **fabricates complaints** against Eric and falsely claims he is not performing his duties.
- ICS **pressures SAGE Dining Services to terminate him**, violating their contractual agreement.

## August 2024 – Indian Creek School Sues Eric & Evan for Defamation

- ICS **files a lawsuit** against Eric and Evan, falsely claiming they:
    - Operated the **"Surviving Indian Creek School" blog.**
    - Sent defamatory emails about ICS.
    - Engaged in misconduct.
- **Hemphills deny authorship of the blog and assert all statements made were true.**
- **ICS provides no evidence** linking the Hemphills to the blog.

## October 16, 2024 – Eric & Evan Hemphill File Counterclaims Against ICS

- The Hemphills **file counterclaims** for:
    - **Defamation**
    - **Breach of contract (Eric)**
    - **Retaliation & whistleblower violations**

3

## December 6, 2024 – ICS Moves to Strike Counterclaims

- **ICS successfully moves to strike the counterclaims** without allowing amendment.
- **Judge does not provide reasoning for denial.**

## January 2025 – Eric & Evan Demand Electronic Discovery

- Defendants **formally request electronic discovery (ESI)** from ICS, including:
  - o Internal ICS emails.
  - o Communications between ICS and SAGE.
  - o Financial documents related to the SAGE contract termination.
- **ICS refuses to respond.**

## February 2025 – ICS Continues to Ignore Discovery Obligations

- **Eric sends a formal letter to ICS legal counsel demanding discovery compliance.**
- **ICS refuses to provide any ESI (emails, internal messages, financial records).**

## March 2025 – New Lawsuit Filed Against ICS, SAGE, and Brock & Co.

- The **new lawsuit expands claims** to include:
  - o **Retaliation & whistleblower violations.**
  - o **Breach of contract (SAGE & ICS).**
  - o **Tortious interference with employment (Brock & ICS).**
  - o **Defamation (ICS leadership & board members).**
  - o **RICO violations (ICS, SAGE, and Brock engaged in fraudulent schemes).**

## March 2025 – Motion to Compel Discovery Against ICS Filed

- The Hemphills file a **motion to compel discovery** due to ICS's refusal to provide evidence.

- The motion asserts that ICS's **noncompliance is part of an ongoing conspiracy and obstruction of justice.**

# III. PATTERN OF OBSTRUCTION & BAD FAITH BY ICS

## 1. Refusal to Provide Discovery

- ICS **has not complied with a single electronic discovery request.**
- ICS **ignores requests to meet and confer** regarding discovery obligations.

## 2. Fabrication of Evidence

- ICS **falsely accused Eric of poor performance** to justify his termination.
- ICS **provided no evidence to support their defamation claims** against Evan and Eric.

## 3. Retaliation & Continuing Harm

- ICS **pressured SAGE to fire Eric** after his EEOC complaint.
- ICS **continues to pursue baseless litigation** against the Hemphills to silence them.

## 4. Ongoing Criminal Enterprise (RICO Violations)

- **Wire Fraud**: ICS used **emails to send false information** to SAGE Dining Services.
- **Mail Fraud**: ICS **sent false termination documents** to SAGE Dining Services.
- **Obstruction of Justice**: ICS refuses to comply with discovery orders, concealing evidence.

# IV. CONCLUSION

The **pattern of misconduct, obstruction, and retaliation** by ICS is **well-documented and ongoing.** The **motion to compel discovery** is **necessary** to expose ICS's continued efforts to conceal wrongdoing.

5

E-FILED; Anne Arundel Cir
Docket: 3/2/2025 8:52 PM; Submission: 3/2/202
Envelope:





E-FILED; Anne Arundel Circuit Cou
Docket: 3/2/2025 8:52 PM; Submission: 3/2/2025 8:52 PM
Envelope: 2018460

**EEOC (Inquiry) Number: 531-2024-03538**

# INQUIRY INFORMATION

## INQUIRY OFFICE

**Receiving:** Baltimore Field Office

**Accountable:** Baltimore Field Office

## POTENTIAL CHARGING PARTY

**Name:** Mr. Eric Hemphill

**Address:** 3712 Hillsdale Road

GWYNN OAK, MD 21207

**Year of Birth:** 1966

**Email Address:** ehemp10303.eh@gmail.com

**Phone Number:** 443-519-8960

## POTENTIAL CHARGING PARTY'S DEMOGRAPHICS

**Gender:** Male

**Disabled?** No

**Are you Hispanic or Latino?** No

**Ethnicity:**

**National Origin:**

## RESPONDENT/Employer

**Organization Name:** INDIAN CREEK SCHOOL

**Type of Employer:** Business or non-profit organization that I applied to, work for, or worked for

**Number of Employees:** 20 or more employees

**Address:** 1130 ANNE CHAMBERS WAY

CROWNSVILLE 21032

**County:** ANNE ARUNDEL

**Phone Number:** 410-339-3950

## LOCATION OF POTENTIAL CHARGING PARTY'S EMPLOYMENT

**Address:**

**County:**

## RESPONDENT CONTACT

**Name:** INDIAN CREEK SCHOOL

**Email Address:**

**Phone Number:** 410-339-3950

**Title:**

## REASON(S) FOR CLAIM

1

**Date of Incident (Approximate):** 05/17/2024

**Reason for Complaint:** Retaliation - I helped or was a witness in someone else?s complaint about job discrimination

**Pay Disparity:**

**Location of Incident:** Maryland

**Submission (initial inquiry) Date:** 05/19/2024

**Claim previously filed as charge with EEOC?** No

**Approximate Date of Filing:**

**Charge Number:** 531-2024-03538

**Claim previously filed as complaint with another Agency?** No

**Agency Name:**

**Approximate Date of Filing:**

**Nature of Complaint:**

## ADVERSE ACTION(s)

Initial Complaint: Plaintiff, Evan Hemphill, filed a lawsuit against Indian Creek School (ICS) 1/31/2024 alleging various forms of misconduct, including negligence, verbal abuse, and intentional infliction of emotional distress.

Eric Hemphill Filed suit for breach of contract against ICS as a parent on 4/30/2024 alleging the same.

Retaliatory Actions: Following the filing of the lawsuit, ICS retaliated against Evan Hemphill and his father, Eric Hemphill, by making false allegations concerning Eric Hemphill's performance at work. Eric Hemphill, who has been the Food Service Director at ICS for 8 years, faced unfounded complaints about his team's performance and threats of contract termination.

## APPOINTMENT

**Appointment Date and time:**

**Interview Type:**

## APPROXIMATE DEADLINE FOR FILING A CHARGE: 03/13/2025

2

# **Supplemental Information**

**What Reason(s) were you given for the action taken against you?**

**Was anyone in a similar situation treated the same, better, or worse than you?**

this is retaliation against a protected write, due process. I file a suit against Indian Creek School and they retaliated by calling my parent company and making false allegations in response to the suit.

**Please provide name(s) and email and/or phone number of anyone who will support your claim, and briefly describe the information this person will provide.**

this is a court proceeding so I have a lot of documentation with names and dates and evidence.

**Please tell us any other information about your experience.**

They have really made things bad for me and my team. I filed a 2nd letter with the Judge in the case about the retaliation. This has also affected my co-worker al "Ana Davis as well. the case is Evan Hemphill v. Jimmy Little et al.. and Eric Hemphill v. Indian Creek School. I work at SAGE Dining Services. I did notify Lori Beard at SAGE.

3

E-FILED; Anne Arundel Circuit Cour
Docket: 3/2/2025 8:52 PM; Submission: 3/2/2025 8:52 PM
Envelope: 2018460(

November 2023

I wanted to say thank
you for ALL that you do
for ICS.
We are a better community
because of your leadership of



E-FILED; Anne Arundel Circuit Cou
Docket: 3/2/2025 8:52 PM; Submission: 3/2/2025 8:52 PI
Envelope: 2018460

Eric Hemphill

3712 Hillsdale Rd

Baltimore, MD 21207

Email: ehemp10303.eh@gmail.com

Phone: 443-519-8960

June 28, 2024

SAGE Dining Services, Inc.

Human Resources Department

1402 York Road, Suite 100

Lutherville, MD 21093

Subject: Resignation Due to Retaliatory Practices and Non-Compliance with FMLA

Dear Human Resources Department,

I am writing to formally resign from my position as Food Service Director at SAGE Dining Services, effective immediately. This decision comes after a series of retaliatory actions and non-compliance with both company policies and federal laws, which have made my continued employment untenable.

Retaliatory Practices

1

Following my request for FMLA leave on May 22, 2024, due to severe emotional distress and workplace harassment, I experienced several retaliatory actions by SAGE Dining Services and Indian Creek School. These actions include:

1. Hostile Work Environment: The administration at Indian Creek School spread false complaints about me, monitored my activities through other employees, and engaged in unauthorized surveillance, including entering the kitchen after hours.

2. Medical Benefits Termination: Despite my eligibility for FMLA leave and the clear provisions under FMLA that require maintenance of health insurance coverage, SAGE prematurely and unjustly terminated my medical benefits. This action significantly hindered my ability to receive necessary medical care and added undue stress during my recovery period.

3. Obstruction of FMLA Certification: SAGE made it extraordinarily difficult to certify my FMLA leave documents, delaying the process and exacerbating my mental health condition.

4. Denial of Sick Leave: I did not receive the nine days of sick leave that I was entitled to, further demonstrating a disregard for my well-being and employment rights.

5. Placement with a Discriminatory Manager: After my removal from Indian Creek School, SAGE attempted to place me under the supervision of a District Manager who had previously discriminated against me, thereby worsening my mental health and creating a hostile work environment.

6. Adverse Action Notice: I received a notice of potential adverse employment action on May 22, 2024, based on a consumer report that contained outdated and previously addressed information. This notice was issued in retaliation for my ongoing lawsuit against Indian Creek School, which is unrelated to my professional performance or conduct at SAGE Dining Services. Despite my consistent performance and dedication since joining

2

SAGE in 2014, the company has chosen to revisit long-resolved issues, demonstrating clear retaliation and discrimination.


Conclusion


The cumulative effect of these retaliatory actions has severely impacted my mental health and well-being, leaving me with no choice but to resign. It is clear that SAGE Dining Services has failed to comply with the Family Medical Leave Act and has engaged in practices that are both unfair and illegal.


I request that SAGE Dining Services address these issues promptly to ensure no future employees face similar mistreatment. I will also be consulting with a legal professional to explore further actions regarding these violations.


Thank you for your attention to this matter. I regret that my tenure with SAGE Dining Services has ended under such circumstances.


Sincerely,

Eric Hemphill

3