IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

**ERIC HEMPHILL, ET AL**        *

    **v.**                            *   **CIVIL CASE NO. SAG-25-0980**

**INDIAN CREEK SCHOOL**

*********

## ORDER

This Court has reviewed the document captioned "Amended Complaint" filed at ECF 16. That document appears to be a compilation of a number of items, including a cover letter to the Court and several iterations of a complaint. The Clerk is directed to strike ECF 16 from the docket as it is not a proper amended complaint. If Plaintiff wishes to proceed with state law claims only, he is directed to file a single amended complaint, containing only state law claims, in this Court. Should that document be filed as the operative complaint in this Court, this Court will remand the case to state court for lack of federal jurisdiction. Plaintiff is afforded two weeks from the date of this order to file his amended complaint.

June 26, 2025                                    /s/
                                                  Stephanie A. Gallagher
                                                  United States District Judge