# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

**ERIC HEMPHILL, ET AL**  \*

   **v.**  \*  **CIVIL CASE NO. SAG-25-0980**

**INDIAN CREEK SCHOOL**

\*\*\*\*\*\*\*\*\*

## ORDER

Despite Plaintiff's repeated insistence that he wanted to remove federal claims from his Complaint and have the case remanded to state court, he has now filed a First Amended Complaint consisting solely of four federal claims. ECF 21. Accordingly, his two Motions to Remand, ECF 6 and 8, are DENIED. Defendants should respond to the Amended Complaint in the ordinary course.

July 10, 2025                              /s/
                                   Stephanie A. Gallagher
                                   United States District Judge