IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

ERIC HEMPHILL, *et al.*,

   Plaintiffs,

v.

INDIAN CREEK SCHOOL, *et al.*,

   Defendants.

_____/

Case No. 1:25-cv-00980-SAG

**APPROVED**
/s/   July 30, 2025
The Honorable Stephanie A. Gallagher
United States District Judge

## PLAINTIFFS' NOTICE OF DISMISSAL

In accordance with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs Eric Hemphill and Evan Hemphill respectfully submit this notice to inform the Court, and all parties of record, that they hereby voluntarily dismiss their First Amended Complaint (ECF No. 21) against all named defendants in this action.

Dated: July 30, 2025

Respectfully submitted,

*/s/ Jordan D. Howlette*
JORDAN D. HOWLETTE
D. Md. Bar No.: 21634
Managing Attorney
Justly Prudent
1140 3rd St. NE, Suite 2180
Washington, DC 20002
Tel: (202) 921-6005
Fax: (202) 921-7102
jordan@justlyprudent.com
*Counsel for Plaintiffs*